BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
701 University Avenue, Suite 106
Sacramento, CA 95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com

COOPER & KIRK, PLLC
DAVID H. THOMPSON*
PETER A. PATTERSON*
JOSEPH O. MASTERMAN*
1523 New Hampshire Avenue, NW
Washington, D.C. 20036
Telephone: (202) 220-9600
dthompson@cooperkirk.com

*Motion to Appear Pro Hac Vice Forthcoming

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER; RYAN PETERSON; GUNFIGHTER TACTICAL, LLC; JOHN PHILLIPS; PWGG, L.P.; SAN DIEGO COUNTY GUN OWNERS PAC; CALIFORNIA GUN RIGHTS FOUNDATION; SECOND AMENDMENT FOUNDATION; FIREARMS POLICY COALITION, INC.; JOHN W. DILLON; DILLON LAW GROUP, P.C.; and GEORGE M. LEE,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, Attorney General of California; and LUIS LOPEZ, Director of the California Department of Justice Bureau of Firearms,<br><br>Defendants. | Case No.: 3:22-cv-01446<br><br>**NOTICE OF RELATED CASE**<br><br>**[CivLR 40.1.f]** |

TO THE COURT, CLERK OF THE COURT, AND TO ALL PARTIES IN THE RELATED CASES REFERENCED BELOW:

PLEASE TAKE NOTICE that, pursuant to S.D. CivLR 40.1.f, Plaintiffs James Miller, Ryan Peterson, Gunfighter Tactical, LLC, John Phillips, PWGG, L.P., San Diego County Gun Owners Political Action Committee, California Gun Rights Foundation, Second Amendment Foundation, Firearms Policy Coalition, Inc., John W. Dillon, Dillon Law Group, P.C., and George M. Lee hereby serve this Notice of Related Case to show that this action is related to another action within this District, namely *Miller v. Bonta*, Case No. 3:19-cv-01537-BEN-JLB, filed August 15, 2019 ("*Miller I*").

The present action is a challenge to a California law unconstitutionally imposing a one-way fee-shifting penalty in the government's favor that applies solely to litigation challenging state and local firearm regulations. 2022 Cal. Stat. ch. 146, § 2 (adding Code Civ. Proc. § 1021.11(a)). Section 1021.11 makes plaintiffs in such actions, as well as their attorneys and their attorneys' firms, liable for the government's attorney's fees and costs if the case results in anything short of total victory of plaintiffs on every claim.

The present action is related to *Miller I* because Plaintiffs are litigants, lawyers, and law firms who have brought claims in *Miller I*, which is a long-running Second Amendment challenge to California's ban on so-called "assault weapons" through the state's Assault Weapons Control Act. The Defendants in this action, Attorney General Bonta and Director Lopez, are also defendants in *Miller I*. Moreover, Plaintiffs' claims in this case result from their claims *Miller I*. Plaintiffs face the threat of a ruinous fee award under Section 1021.11 if they do not prevail outright in *Miller I*, requiring them to bring their present claims for declaratory and injunctive relief against Section 1021.11. Accordingly, the assignment of this action and *Miller I* to a single district judge will effect a saving of judicial effort and other economies.

Pursuant to CivLR 40.1.h, the Clerk of the Court is therefore requested to report the related cases to "the judges concerned at the earliest date practicable."

Dated:  September 26, 2022         BENBROOK LAW GROUP, PC

By _____
BRADLEY A. BENBROOK
Attorneys for Plaintiffs