ROB BONTA
Attorney General of California
P. PATTY LI
Supervising Deputy Attorney General
ANNA FERRARI
Deputy Attorney General
JOHN D. ECHEVERRIA
Deputy Attorney General
State Bar No. 268843
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 510-3479
  Fax: (415) 703-1234
  E-mail: John.Echeverria@doj.ca.gov
*Attorneys for Defendants Rob Bonta and*
*Blake Graham, in their official capacities[1]*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **JAMES MILLER et al.,** | Case No. 3:22-cv-01446-RSH-DEB |
| Plaintiffs, | |
| **v.** | **DEFENDANTS' SPECIAL APPEARANCE AND OBJECTION TO NOTICE OF RELATED CASE** |
| **ROB BONTA et al.,** | Courtroom: 3B<br>Judge: Hon. Robert S. Huie |
| Defendants. | Action Filed: September 26, 2022 |

---

[1] Acting Director of the Bureau of Firearms Blake Graham has succeeded former Director Luis Lopez. Pursuant to Federal Rule of Civil Procedure 25(d), Acting Director Graham, in his official capacity, is substituted as defendant in this case.

1  **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF**

2  **RECORD:**

3         Defendants Rob Bonta, in his official capacity as the Attorney General of the

4  State of California, and Blake Graham, in his official capacity as the Acting

5  Director of the California Department of Justice Bureau of Firearms (together,

6  "Defendants"), hereby specially appear to object to the Notice of Related Case filed

7  in his action.  Dkt. 3.[2]

8         The Notice of Related Case contends that this action is related to *Miller v.*

9  *Becerra*, No. 19-cv-01537-BEN-JLB (S.D. Cal.).  It is not.  Under Local Civil Rule

10  40.1(g), an action may be related to another action where both actions involve (i)

11  "some of the same parties and are based on the same or similar claims," (ii) the same

12  "property, transaction, patent, trademark, or event," or (iii) "substantially the same

13  facts and the same questions of law."  Actions involve the same or similar "claims"

14  where they arise out of the same nucleus of operative facts.  *See Owens v. Kaiser*

15  *Found. Health Plan, Inc.*, 244 F.3d 708, 714 (9th Cir. 2001) (noting that claims are

16  sufficiently similar for res judicata purposes where they "arise out of the same

17  transactional nucleus of facts").

18         This action has been brought by some of the same plaintiffs in the prior *Miller*

19  action against the same defendants in that case, *see* Dkt. 3 at 1, but the similarities end

20  there.  Plaintiffs' claims in this case do not "result" from their claims in the prior

21  *Miller* action, which challenges California's Assault Weapons Control Act under the

22  Second Amendment.  Instead, Plaintiffs here assert entirely different claims under the

23  Supremacy Clause, the First Amendment, and the Equal Protection Clause,

24  respectively, against a fee-shifting provision contained in Senate Bill 1327 (Stats.

25  2022, ch. 146 § 2), a newly enacted statute adding section 1021.11 to the California

26  Code of Civil Procedure, which will not become effective until January 1, 2023.

27  _____

28  [2] Defendants have not yet been served with a copy of the summons and complaint (Dkt. 1).  Defendants specially appear at this time for the limited purpose of asserting their objection to the Notice of Related Case.

1    Judicial resolution of this action will involve consideration of different

2    legislative records and different facts than those at issue here.  This action does not

3    involve the same or similar claims, the same property, transaction or event, or

4    substantially the same facts and legal questions as were presented in the prior *Miller*

5    action.  Accordingly, it fails to satisfy any of the requirements for relatedness

6    enumerated in Local Civil Rule 40.1(g).  The constitutionality of section 1021.11 may

7    be assessed independently of the prior *Miller* action, and the interests of judicial

8    economy would not be served by deeming the instant action as related to that case.

9    For these reasons, Defendants respectfully object to the Notice of Related Case

10    filed in this action.  Dkt. 3.

11

12    Dated:  September 27, 2022              Respectfully submitted,

13                                           ROB BONTA
                                             Attorney General of California
14                                           P. PATTY LI
                                             Supervising Deputy Attorney General
15                                           ANNA FERRARI
                                             Deputy Attorney General
16

17                                           s/ John D. Echeverria

18

19                                           JOHN D. ECHEVERRIA
                                             Deputy Attorney General
20                                           *Attorneys for Defendants Rob Bonta
                                             and Blake Graham, in their official
21                                           capacities*

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

Case Name:  *Miller et al. v. Bonta, et al.*     Case No.   3:22-cv-01446-RSH-DEB

I hereby certify that on <u>September 27, 2022</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' SPECIAL APPEARANCE AND OBJECTION TO NOTICE OF RELATED CASE**

I am employed by the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made.  I am over the age of 18 years and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.

Participants in the case who are registered CM/ECF users will be served electronically by the CM/ECF system.

In addition, on <u>September 27, 2022</u>, I placed true copies thereof enclosed in a sealed envelope, in the internal mail system of the Office of the Attorney General, at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, to the following addresses:

Bradley A. Benbrook
Stephen M. Duvernay
BENBROOK LAW GROUP, PC
701 University Avenue, Suite 106
Sacramento, CA 95825
*Counsel for Plaintiffs in*
*Miller v. Bonta, S.D. Cal.*
*Case No. 3:22-CV-01446 ("Miller II")*

David H. Thompson
Peter A. Patterson
Joseph O. Masterman
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, NW
Washington, D.C. 20036
*Counsel for Plaintiffs in*
*Miller v. Bonta, S.D. Cal.*
*Case No. 3:22-CV-01446 ("Miller II")*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct.

Executed on <u>September 27, 2022</u>, at San Francisco, California.

| Vanessa Jordan | *Vanessa Jordan* |
|---|---|
| Declarant | Signature |