# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

James Miller; Ryan Peterson; Gunfighter Tactical, LLC; John Phillips, PWGG, L.P.; San Diego County Gun Owners Political Action Committee; California Gun Rights Foundation; Second Amendment Foundation; Firearms Policy Coalition, Inc.; John W. Dillon; Dillon Law Group, P.C.; George M. Lee

**Plaintiff,**

v.

Rob Bonta, Attorney General of California; Luis Lopez, Director of the California Department of Justice Bureau of Firearms

**Defendant.**

Case No. 3:22CV1446-RSH-DEB

**REPORT OF CLERK AND ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE**

### REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

Re:   "Low-Numbered Case No.:   3:19-cv-01537-BEN-JLB

Title:   Miller et al v. Becerra et al

Nature of Case:   950 Constitutional - State Statute

The above "low-numbered" case and the present case appear:

| | | |
|---|---|---|
| ☒ | (1) | to arise from the same or substantially identical transactions, happenings or events; or |
| ☒ | (2) | involve the same or substantially the same parties or property; or |
| ☐ | (3) | involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or |
| ☐ | (4) | call for determination of the same or substantially identical questions of law; or |
| ☐ | (5) | where a case is refiled within one year of having previously been terminated by the Court; or |
| ☒ | (6) | for other reasons would entail unnecessary duplication of labor if heard by different judges. |

New Case #:   3:22-cv-01446-BEN-JLB

This case was transferred pursuant to the Low-Number Rule. The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

**John Morrill**, Clerk of Court,

Dated:   9/27/22        By:  s/ A. Sudan

A. Sudan, Deputy

### ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under "Low-Number" Rule.

Dated:   9/30/2022

Roger T. Benitez
United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the Low-Number Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge Roger T. Benitez and Magistrate Judge Jill L. Burkhardt for all further proceedings.

Dated:   9/29/22

Robert S. Huie
United States District Judge