BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
701 University Avenue, Suite 106
Sacramento, CA  95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com

COOPER & KIRK, PLLC
DAVID H. THOMPSON*
PETER A. PATTERSON*
JOSEPH O. MASTERMAN*
1523 New Hampshire Avenue, NW
Washington, D.C.  20036
Telephone: (202) 220-9600
dthompson@cooperkirk.com

*Pro hac vice

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES MILLER; RYAN PETERSON; GUNFIGHTER TACTICAL, LLC; JOHN PHILLIPS; PWGG, L.P.; SAN DIEGO COUNTY GUN OWNERS PAC; CALIFORNIA GUN RIGHTS FOUNDATION; SECOND AMENDMENT FOUNDATION; FIREARMS POLICY COALITION, INC.; JOHN W. DILLON; DILLON LAW GROUP, P.C.; and GEORGE M. LEE,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, Attorney General of California; and LUIS LOPEZ, Director of the California Department of Justice Bureau of Firearms,<br><br>Defendants. | Case No.:  3:22-cv-01446-BEN-JLB<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: November 14, 2022<br>Time: 10:30 a.m.<br>Courtroom 5A (5th Floor)<br>Hon. Roger T. Benitez |

To all parties and their attorneys of record:

Please take notice that on November 14, 2022, at 10:30 a.m. or as soon thereafter as the matter may be heard, before the Honorable Roger T. Benitez, Courtroom 5A, United States District Court, Southern District of California, Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, California, Plaintiffs James Miller; Ryan Peterson; Gunfighter Tactical, LLC; John Phillips; PWGG, L.P.; San Diego County Gun Owners Political Action Committee; California Gun Rights Foundation; Second Amendment Foundation; Firearms Policy Coalition, Inc.; John W. Dillon; Dillon Law Group, P.C.; and George M. Lee will and hereby do move the Court for a preliminary injunction.

Plaintiffs respectfully request a preliminary injunction enjoining the enforcement or application of Senate Bill 1327's fee-shifting penalty set forth in California Code of Civil Procedure section 1021.11 against Plaintiffs, Plaintiffs' members, and any attorney or law firm representing any Plaintiff in any litigation potentially subject to SB 1327's fee-shifting penalty. Section 1021.11's fee-shifting regime is unconstitutional under the Supremacy Clause; violates the First Amendment; and violates the Equal Protection Clause. Immediate relief is necessary because Plaintiffs are suffering a concrete and ongoing irreparable injury, and the balance of equities and public interest favor preventing the violation of Plaintiffs' constitutional rights.

Plaintiffs further request that this Court consolidate the preliminary injunction hearing with the trial on the merits under Fed. R. Civ. P. 65(a)(2) and issue a permanent injunction order that declares unconstitutional and restrains Defendants from enforcing Section 1021.11 before it takes effect on January 1, 2023.

This motion shall be based on this notice of motion and motion, the memorandum of points and authorities in support, the declarations and evidence filed concurrently herewith, and upon any further matters the Court deems appropriate.

Dated:  October 7, 2022                    BENBROOK LAW GROUP, PC


By   s/ Bradley A. Benbrook
　　　BRADLEY A. BENBROOK
　　　Attorneys for Plaintiffs


COOPER & KIRK, PLLC


By   s/ David H. Thompson
　　　DAVID H. THOMPSON
　　　Attorneys for Plaintiffs