1  BENBROOK LAW GROUP, PC
   BRADLEY A. BENBROOK (SBN 177786)
2  STEPHEN M. DUVERNAY (SBN 250957)
   701 University Avenue, Suite 106
3  Sacramento, CA  95825
   Telephone: (916) 447-4900
4  brad@benbrooklawgroup.com

5  COOPER & KIRK, PLLC
   DAVID H. THOMPSON*
6  PETER A. PATTERSON*
   JOSEPH O. MASTERMAN*
7  1523 New Hampshire Avenue, NW
   Washington, D.C.  20036
8  Telephone: (202) 220-9600
   dthompson@cooperkirk.com
9
   *Pro hac vice
10
   Attorneys for Plaintiffs
11

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER; RYAN PETERSON; GUNFIGHTER TACTICAL, LLC; JOHN PHILLIPS; PWGG, L.P.; SAN DIEGO COUNTY GUN OWNERS PAC; CALIFORNIA GUN RIGHTS FOUNDATION; SECOND AMENDMENT FOUNDATION; FIREARMS POLICY COALITION, INC.; JOHN W. DILLON; DILLON LAW GROUP, P.C.; and GEORGE M. LEE,<br><br>    Plaintiffs,<br><br>    v.<br><br>ROB BONTA, Attorney General of California; and LUIS LOPEZ, Director of the California Department of Justice Bureau of Firearms,<br><br>    Defendants. | Case No.:  3:22-cv-01446-BEN-JLB<br><br>**DECLARATION OF ALAN GOTTLIEB IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: November 14, 2022<br>Time: 10:30 a.m.<br>Courtroom 5A (5th Floor)<br>Hon. Roger T. Benitez |

I, Alan Gottlieb, declare:

1. I have personal knowledge of the matters set forth in this declaration, and would be able to testify competently to these facts if called as a witness.

2. I am the Executive Vice President of the Second Amendment Foundation, Inc. ("SAF").

3. SAF is a non-profit educational foundation incorporated under the laws of Washington with its principal place of business in Bellevue, Washington. SAF seeks to preserve the effectiveness of the Second Amendment through educational and legal action programs. SAF has over 720,000 members and supporters nationwide, including thousands of members in California. The Court's interpretation of the Second Amendment directly impacts SAF's organizational interests, as well as the rights of SAF's members and supporters in California, including individual Plaintiffs herein. The purposes of SAF include promoting the exercise of the right to keep and bear arms; and education, research, publishing and legal action focusing on the Constitutional right to privately own and possess firearms, and the consequences of gun control.

4. Each of the individual plaintiffs and plaintiff firearms dealerships in this case are members of SAF.

5. SAF pursues its mission through public interest litigation that is consistent with its mission, namely, protecting and promoting the constitutionally protected right to keep and bear arms secured by the Second Amendment. SAF was a plaintiff in *McDonald v. City of Chicago*, 561 U.S. 742 (2010), and the organization has financially supported, been a plaintiff in, or participated as amicus curiae in over 250 cases in state and federal courts around the country.

6. SAF's participation in civil rights litigation is especially robust in California, where the organization has financially supported or participated in a host of firearms-rights cases, including: *Silvester v. Harris*, E.D. Cal. Case No. 1:11-cv-02137-AWI-SKO; *Richards v Harris*, N.D. Cal. Case No. 3:11-cv-05580-SI;

1  *Churchill v. Harris*, N.D. Cal. Case No. 3:12-cv-01740-LB; *Plog-Horowitz v. Harris*, N.D. Cal. Case No. 3:12-cv-00452-SI; *Wiese v. Becerra*, E.D. Cal. Case No. 2:17-cv-00903- WBS-KJN; *Linton v Becerra*, N.D. Cal. Case No. 3:18-cv-07653-JD; *Sharp v. Becerra*, E.D. Cal. Case No. 2:18-cv-02317-MCE-AC; *Jones v. Becerra*, S.D. Cal. Case No. 3:19-cv-01226-L-AHG; WBS-KJN; *Roe #1 v. United States*, E.D. Cal. Case No. 1:19-cv-00270-ADA-BAM; *McDougall v. Cnty. of Ventura*, C.D. Cal. Case No. 2:20-cv-02927-CBM-AS; *Nguyen v. Becerra*, S.D. Cal. Case No. 3:20-cv-02470-WQH-WVG; *Renna v. Becerra*, S.D. Cal. Case No. 3:20-cv-02190-DMS-DEB; *Altman v. Cnty. of Santa Clara*, N.D. Cal. Case No. 4:20-cv-02180-JST; *B&L Prods., Inc. v, Newsom*, S.D. Cal. Case No. 3:21-cv-01718-AJV-KSC; *B&L Prods., Inc. v, Newsom*, C.D. Cal. Case No. 8:22-cv-01518-JWH-JDE; and *Junior Sports Magazines, Inc. v. Bonta*, C.D. Cal. Case No. 2:22-cv-04663-CAS-JC. Several of these cases are currently pending and are therefore potentially subject to California Code of Civil Procedure section 1021.11's fee-shifting provisions.

7. In addition, SAF is a plaintiff in *Miller v. Bonta*, S.D. Cal. Case No. 3:19-cv-01537-BEN-JLB, a long-running Second Amendment challenge to California's ban on so-called "assault weapons" through the state's Assault Weapons Control Act.

8. The risk of fee liability imposed by Section 1021.11 has forced SAF to refrain from challenging California gun-control laws that it believes are unconstitutional, including by forcing Plaintiff SAF to remove itself from litigation that had already commenced. *See Defense Distributed v. Bonta*, C.D. Cal. Case No. 2:22-cv-06200-GW-AGR. But for the law's fee-shifting provisions, SAF would forthwith engage in litigation they have refrained from bringing due to the law's threat of ruinous fee liability. As things stand, SAF has incurred significant fees related to firearms challenges that it has refrained from filing due to SB 1327, and it remains a party to multiple cases that could be subject to Section 1021.11. If Section 1021.11 is upheld, SAF could potentially be liable for hundreds of thousands of dollars in fees.

I declare under penalty of perjury under the laws of the United States America and State of California that the foregoing is true and correct. Executed October 7, 2022.

_____
ALAN GOTTLIEB