DocuSign Envelope ID: E5F76F06-2800-4567-8FB2-7FF8BEF3E1BA

BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
701 University Avenue, Suite 106
Sacramento, CA 95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com

COOPER & KIRK, PLLC
DAVID H. THOMPSON*
PETER A. PATTERSON*
JOSEPH O. MASTERMAN*
1523 New Hampshire Avenue, NW
Washington, D.C. 20036
Telephone: (202) 220-9600
dthompson@cooperkirk.com

*Pro hac vice

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER; RYAN PETERSON; GUNFIGHTER TACTICAL, LLC; JOHN PHILLIPS; PWGG, L.P.; SAN DIEGO COUNTY GUN OWNERS PAC; CALIFORNIA GUN RIGHTS FOUNDATION; SECOND AMENDMENT FOUNDATION; FIREARMS POLICY COALITION, INC.; JOHN W. DILLON; DILLON LAW GROUP, P.C.; and GEORGE M. LEE,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, Attorney General of California; and LUIS LOPEZ, Director of the California Department of Justice Bureau of Firearms,<br><br>Defendants. | Case No.: 3:22-cv-01446-BEN-JLB<br><br>**DECLARATION OF RYAN PETERSON IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: November 14, 2022<br>Time: 10:30 a.m.<br>Courtroom 5A (5th Floor)<br>Hon. Roger T. Benitez |

I, Ryan Peterson, declare:

1. I have personal knowledge of the matters set forth in this declaration, and would be able to testify competently to these facts if called as a witness.

2. I am the owner of Gunfighter Tactical, LLC, a firearms dealership in San Diego, California. Gunfighter Tactical is listed as a firearms dealer in the California Department of Justice's Centralized List of Firearms Dealers, and I am the individual licensee associated with the dealership.

3. I believe that the right to keep and bear arms secured by the Second Amendment to the United States Constitution is an essential civil right for all Americans. As we explain on Gunfighter Tactical's website, my work is more than a business: It is my calling.

4. I am a member of several organizations that exist to support the right to keep and bear arms, including the Firearms Policy Coalition, Second Amendment Foundation, California Gun Rights Foundation, and San Diego County Gun Owners PAC. Gunfighter Tactical is also a member of these organizations.

5. To further support Second Amendment rights, Gunfighter Tactical and I have participated as Plaintiffs in several lawsuits challenging state and local firearm regulations, including *Miller v. Bonta*, S.D. Cal. Case No. 3:19-cv-01537-BEN-JLB; and *Renna v. Becerra*, S.D. Cal. Case No. 3:20-cv-02190-DMS-DEB.

6. But for the risk of fee liability imposed by California Code of Civil Procedure section 1021.11, Gunfighter Tactical and I would participate as plaintiffs in additional lawsuits challenging California gun-control laws, particularly given the Supreme Court's recent decision in *New York State Rifle and Pistol Ass'n v. Bruen*, 142 S. Ct. 2111 (2022).

1  I declare under penalty of perjury under the laws of the United States America
2  and State of California that the foregoing is true and correct. Executed 10/7/2022, 2022.

*Ryan Peterson*
F3F3FD0F5DA444D...

RYAN PETERSON