| | |
|---|---|
| 1 | BENBROOK LAW GROUP, PC |
| 2 | BRADLEY A. BENBROOK (SBN 177786)<br>STEPHEN M. DUVERNAY (SBN 250957) |
| 3 | 701 University Avenue, Suite 106<br>Sacramento, CA 95825 |
| 4 | Telephone: (916) 447-4900<br>brad@benbrooklawgroup.com |
| 5 | COOPER & KIRK, PLLC |
| 6 | DAVID H. THOMPSON*<br>PETER A. PATTERSON* |
| 7 | JOSEPH O. MASTERMAN*<br>1523 New Hampshire Avenue, NW |
| 8 | Washington, D.C. 20036<br>Telephone: (202) 220-9600 |
| 9 | dthompson@cooperkirk.com |
| 10 | *Pro hac vice |
| 11 | Attorneys for Plaintiffs |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 14 | JAMES MILLER; RYAN PETERSON; GUNFIGHTER TACTICAL, LLC; JOHN PHILLIPS; PWGG, L.P.; SAN DIEGO COUNTY GUN OWNERS PAC; CALIFORNIA GUN RIGHTS FOUNDATION; SECOND AMENDMENT FOUNDATION; FIREARMS POLICY COALITION, INC.; JOHN W. DILLON; DILLON LAW GROUP, P.C.; and GEORGE M. LEE,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, Attorney General of California; and LUIS LOPEZ, Director of the California Department of Justice Bureau of Firearms,<br><br>Defendants. | Case No.: 3:22-cv-01446-BEN-JLB<br><br>**DECLARATION OF JOHN PHILLIPS IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: November 14, 2022<br>Time: 10:30 a.m.<br>Courtroom 5A (5th Floor)<br>Hon. Roger T. Benitez |

I, John Phillips, declare:

1. I have personal knowledge of the matters set forth in this declaration, and would be able to testify competently to these facts if called as a witness.

2. I am the President and Founder of PWGG L.P., doing business as Poway Weapons & Gear and PWG Range ("PWGG"), a firearms dealership in Poway, California. PWGG is listed as a firearms dealer in the California Department of Justice's Centralized List of Firearms Dealers, and I am an individual licensee associated with the dealership.

3. I believe that the right to keep and bear arms secured by the Second Amendment to the United States Constitution is an invaluable civil right necessary to secure the liberties of all Americans. This belief is reflected in my business. PWGG operates one of the largest indoor gun ranges in the country. We serve over 200,000 people a year in our retail store, over 80,000 on our ranges, and over 8,000 students receive training and education related to firearms safety and utilization. PWGG also serves federal, state, and local law enforcement agencies and military personnel.

4. I am a member of several organizations that exist to support the right to keep and bear arms, including the Firearms Policy Coalition, Second Amendment Foundation, California Gun Rights Foundation, and San Diego County Gun Owners PAC. PWGG is also a member of these organizations.

5. To further support Second Amendment rights, PWGG and I have participated as Plaintiffs in several lawsuits challenging state and local firearm regulations, including *Miller v. Bonta*, S.D. Cal. Case No. 3:19-cv-01537-BEN-JLB; *Jones v. Becerra*, S.D. Cal. Case No. 3:19-cv-01226-L-AHG; WBS-KJN; *Nguyen v. Becerra*, S.D. Cal. Case No. 3:20-cv-02470-WQH-WVG; and *Renna v. Becerra*, S.D. Cal. Case No. 3:20-cv-02190-DMS-DEB. Firearm-rights litigation is especially important in California because there is no effective avenue to preserve Second Amendment rights through the statewide political process – my interests (and the

interests of others like me) are not represented by the majority of lawmakers in Sacramento.

6. But for the risk of fee liability imposed by California Code of Civil Procedure section 1021.11, PWGG and I would participate as plaintiffs in additional lawsuits challenging California gun-control laws, particularly given the Supreme Court's recent decision in *New York State Rifle and Pistol Ass'n v. Bruen*, 142 S. Ct. 2111 (2022).

I declare under penalty of perjury under the laws of the United States America and State of California that the foregoing is true and correct. Executed 10/7/2022.



_____
JOHN PHILLIPS