BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
701 University Avenue, Suite 106
Sacramento, CA 95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com

COOPER & KIRK, PLLC
DAVID H. THOMPSON*
PETER A. PATTERSON*
JOSEPH O. MASTERMAN*
1523 New Hampshire Avenue, NW
Washington, D.C. 20036
Telephone: (202) 220-9600
dthompson@cooperkirk.com

*Pro hac vice

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER; RYAN PETERSON; GUNFIGHTER TACTICAL, LLC; JOHN PHILLIPS; PWGG, L.P.; SAN DIEGO COUNTY GUN OWNERS PAC; CALIFORNIA GUN RIGHTS FOUNDATION; SECOND AMENDMENT FOUNDATION; FIREARMS POLICY COALITION, INC.; JOHN W. DILLON; DILLON LAW GROUP, P.C.; and GEORGE M. LEE,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, Attorney General of California; and LUIS LOPEZ, Director of the California Department of Justice Bureau of Firearms,<br><br>Defendants. | Case No.: 3:22-cv-01446-BEN-JLB<br><br>**DECLARATION OF MICHAEL SCHWARTZ IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: November 14, 2022<br>Time: 10:30 a.m.<br>Courtroom 5A (5th Floor)<br>Hon. Roger T. Benitez |

I, Michael Schwartz, declare:

1. I have personal knowledge of the matters set forth in this declaration, and would be able to testify competently to these facts if called as a witness.

2. I am the Executive Director of the San Diego County Gun Owners PAC ("SDCGO").

3. SDCGO is a political organization whose purpose is to protect and advance the Second Amendment rights of residents of San Diego County, California, through their efforts to support and elect local and state representatives who support the Second Amendment right to keep and bear arms. SDCGO's membership and donors consist of Second Amendment supporters, people who own guns for self-defense and sport, firearms dealers, shooting ranges, and elected officials who want to restore and protect the right to keep and bear arms in California.

4. Each of the individual plaintiffs and plaintiff firearms dealerships in this case are members of SDCGO.

5. Among other means of supporting its members, SDCGO pursues its mission through participating in public interest litigation and participation in legal cases that are consistent with its mission, namely, preserving and restoring San Diego citizens' gun rights. For example, SDCGO is a plaintiff in *Miller v. Bonta*, S.D. Cal. Case No. 3:19-cv-01537-BEN-JLB, a long-running Second Amendment challenge to California's ban on so-called "assault weapons" through the state's Assault Weapons Control Act; *Nguyen v. Becerra*, S.D. Cal. Case No. 3:20-cv-02470-WQH-WVG; *Renna v. Becerra*, S.D. Cal. Case No. 3:20-cv-02190-DMS-DEB; and *Fahr v. City of San Diego*, S.D. Cal. Case No. 3:21-cv-01676-BAS-BGS.

6. But for the risk of fee liability imposed by California Code of Civil Procedure section 1021.11, SDCGO would participate as a plaintiff in additional lawsuits challenging California gun-control laws that it believes are unconstitutional.

1  I declare under penalty of perjury under the laws of the United States America
2  and State of California that the foregoing is true and correct.  Executed 10/7/2022.

        *Michael Schwartz*
        _____
        MICHAEL SCHWARTZ

SCHWARTZ DECL. ISO MOTION FOR PRELIMINARY INJUNCTION
-2-