BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
701 University Avenue, Suite 106
Sacramento, CA 95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com

COOPER & KIRK, PLLC
DAVID H. THOMPSON*
PETER A. PATTERSON*
JOSEPH O. MASTERMAN*
1523 New Hampshire Avenue, NW
Washington, D.C. 20036
Telephone: (202) 220-9600
dthompson@cooperkirk.com

*Pro hac vice

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER; RYAN PETERSON; GUNFIGHTER TACTICAL, LLC; JOHN PHILLIPS; PWGG, L.P.; SAN DIEGO COUNTY GUN OWNERS PAC; CALIFORNIA GUN RIGHTS FOUNDATION; SECOND AMENDMENT FOUNDATION; FIREARMS POLICY COALITION, INC.; JOHN W. DILLON; DILLON LAW GROUP, P.C.; and GEORGE M. LEE,<br><br>            Plaintiffs,<br><br>    v.<br><br>ROB BONTA, Attorney General of California; and LUIS LOPEZ, Director of the California Department of Justice Bureau of Firearms,<br><br>            Defendants. | Case No.: 3:22-cv-01446-BEN-JLB<br><br>**DECLARATION OF JOHN W. DILLON IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: November 14, 2022<br>Time: 10:30 a.m.<br>Courtroom 5A (5th Floor)<br>Hon. Roger T. Benitez |

I, John W. Dillon, declare:

1. I am an attorney duly licensed to practice law in the State of California. I have personal knowledge of the matters set forth in this declaration and would be able to testify competently to these facts if called as a witness.

2. I have represented clients in several cases challenging firearms regulations and/or defendants' policies regarding the treatment of firearms in California's state and federal courts, including *Jones v. Becerra*, S.D. Cal. Case No. 3:19-cv-01226-L-AHG; and *Miller v. Bonta*, S.D. Cal. Case No. 3:19-cv-01537-BEN-JLB, a long-running Second Amendment challenge to California's ban on so-called "assault weapons" through the state's Assault Weapons Control Act.

3. The risk of fee liability imposed by Code of Civil Procedure section 1021.11 has caused me to refrain from filing suits with constitutional claims against firearm regulations and/or policies, that I was otherwise prepared to file. Specifically, I have been engaged to represent parties who wish to bring state and federal claims for declaratory and injunctive relief against California gun control laws, and/or government policies regarding or implementing those laws, but I have refrained from filing suits with those claims due to Section 1021.11. This has cost me and my firm revenue. But for Section 1021.11's fee-shifting provisions, I would have engaged in litigation challenging firearms regulations on behalf of these clients, but I have refrained from doing so due to the law's threat of fee liability.

I declare under penalty of perjury under the laws of the United States America and State of California that the foregoing is true and correct.  Executed 10/7/2022 _____.



JOHN W. DILLON

DILLON DECL. ISO MOTION FOR PRELIMINARY INJUNCTION
-1-