DocuSign Envelope ID: D7497B8B-4443-4D95-A357-578D269F2624

BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
701 University Avenue, Suite 106
Sacramento, CA 95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com

COOPER & KIRK, PLLC
DAVID H. THOMPSON*
PETER A. PATTERSON*
JOSEPH O. MASTERMAN*
1523 New Hampshire Avenue, NW
Washington, D.C. 20036
Telephone: (202) 220-9600
dthompson@cooperkirk.com

*Pro hac vice

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER; RYAN PETERSON; GUNFIGHTER TACTICAL, LLC; JOHN PHILLIPS; PWGG, L.P.; SAN DIEGO COUNTY GUN OWNERS PAC; CALIFORNIA GUN RIGHTS FOUNDATION; SECOND AMENDMENT FOUNDATION; FIREARMS POLICY COALITION, INC.; JOHN W. DILLON; DILLON LAW GROUP, P.C.; and GEORGE M. LEE,<br><br>                    Plaintiffs,<br><br>          v.<br><br>ROB BONTA, Attorney General of California; and LUIS LOPEZ, Director of the California Department of Justice Bureau of Firearms,<br><br>                    Defendants. | Case No.: 3:22-cv-01446-BEN-JLB<br><br>**DECLARATION OF GEORGE M. LEE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: November 14, 2022<br>Time: 10:30 a.m.<br>Courtroom 5A (5th Floor)<br>Hon. Roger T. Benitez |

DocuSign Envelope ID: D7497B8B-4143-4D95-A3E7-E78D260E2621

I, George M. Lee, declare:

1.    I am an attorney duly licensed to practice law in the State of California. I have personal knowledge of the matters set forth in this declaration and would be able to testify competently to these facts if called as a witness.

2.    Over the past several years, I have represented clients in several cases challenging firearms regulations and/or defendants' policies regarding the treatment of firearms in California's state and federal courts, including: *Wiese v. Becerra*, E.D. Cal. Case No. 2:17-cv-00903-WBS-KJN; *Linton v Becerra*, N.D. Cal. Case No. 3:18-cv-07653-JD; *Sharp v. Becerra*, E.D. Cal. Case No. 2:18-cv-02317-MCE-AC; *Altman v. Cnty. of Santa Clara, et al.*, N.D. Cal. Case No. 4:20-cv-02180-JST; *Holt v. Becerra*, Riverside Cnty. Super. Ct. Case No. RIC 1722468; and *Van Nieuwenhuyzen v. Sniff*, E.D. Cal. Case No. 5:18-cv-02225-DDP-SHK. I also represent the Plaintiffs in *Miller v. Bonta*, S.D. Cal. Case No. 3:19-cv-01537-BEN-JLB ("*Miller I*"), a long-running Second Amendment challenge to California's ban on so-called "assault weapons" through the state's Assault Weapons Control Act.

3.    The risk of fee liability imposed by Code of Civil Procedure section 1021.11 has caused me to refrain from filing suits with constitutional claims against firearm regulations and/or policies, that I was otherwise prepared to file. Specifically, I have been engaged to represent parties who wish to bring state and federal claims for declaratory and injunctive relief against California gun control laws, and/or government policies regarding or implementing those laws, but I have refrained from filing suits with those claims due to Section 1021.11. This has cost me and my firm revenue. But for Section 1021.11's fee-shifting provisions, I would have engaged in litigation challenging firearms regulations on behalf of these clients, but I have refrained from doing so due to the law's threat of fee liability. To the best of my knowledge, these parties have not found a lawyer willing to bring a firearms challenge on their behalf.

4.    Regarding the application of Section 1021.11 to *Miller I*: On August 17, 2022, I sent counsel for Defendants (Attorney General Bonta and Bureau of Firearms Director Lopez) a letter requesting that they stipulate to non-enforcement of the provisions of Section 1021.11 to the plaintiffs and the plaintiffs' counsel in *Miller I*, irrespective of whether the law could be construed to be applied retroactively.

5.    Counsel for Defendants replied by email on August 22, 2022, saying, "We are in receipt of your letter, dated August 17, 2022, in which you request that we stipulate that we will not seek to enforce California Code of Civil Procedure section 1021.11 based on the outcome of *Miller v. Bonta*. We take no position at this time, and nothing in this response should be construed as a position of any kind."

I declare under penalty of perjury under the laws of the United States America and State of California that the foregoing is true and correct.  Executed 10/7/2022 _____.

DocuSigned by:

*George M. Lee*

BC0A6BF6767F4C3...

GEORGE M. LEE