BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
701 University Ave, Suite 106
Sacramento, CA  95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

COOPER & KIRK, PLLC
DAVID H. THOMPSON*
PETER A. PATTERSON*
JOSEPH O. MASTERMAN*
1523 New Hampshire Avenue, NW
Washington, D.C.  20036
Telephone: (202) 220-9600
dthompson@cooperkirk.com

Counsel for Plaintiffs in
*Miller v. Bonta*, S.D. Cal. Case No. 3:22-CV-01446 ("*Miller II*")

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER et al., | Case No.:  3:22-cv-01446-RSH-DEB |
| Plaintiffs, | |
| v. | **NOTICE OF WITHDRAWAL OF INCORRECTLY FILED ENTRY (ECF NO. 17)** |
| ROB BONTA, Attorney General of California, et al., | |
| Defendants. | |

To the Clerk of the Court:

    As directed, Plaintiffs hereby withdraw ECF No. 17, "Request to Correct Contact Information for Counsel of Record."

Dated: October 17, 2022　　　　　　BENBROOK LAW GROUP, PC

　　　　　　　　　　　　　　　　　By  s/ Bradley A. Benbrook
　　　　　　　　　　　　　　　　　BRADLEY A. BENBROOK
　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

-1-
NOTICE OF WITHDRAWAL OF INCORRECTLY FILED ENTRY