ROB BONTA
Attorney General of California
P. PATTY LI
Supervising Deputy Attorney General
ELIZABETH WATSON
Deputy Attorney General
State Bar No. 295221
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3847
  Fax:  (415) 703-5480
  E-mail:  Elizabeth.Watson@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **JAMES MILLER, et al.,**<br><br>                Plaintiffs,<br><br>v.<br><br>**ROB BONTA, et al.,**<br><br>                Defendants. | Case No. 3:22-cv-01446-BEN-JLB<br><br>**JOINT MOTION AND STIPULATION REGARDING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>Judge:        Hon. Roger T. Benitez<br>Courtroom:  5A<br>Action Filed:  September 26, 2022 |

Defendants, Attorney General Rob Bonta and Acting Director Blake Graham, and Plaintiffs ("the Parties") respectfully submit this motion in accordance with Civil Rules 7.2 and 12.1 for an order extending the time for Defendants to respond to the Complaint.  They request an extension from **October 18 to 15 days after the Court enters an order resolving the Preliminary Injunction Motion (Doc. 14)**.

Good cause exists to grant the requested extension.  Defendants require more time to analyze the Complaint and to consider and prepare their response. Additionally, preparation of a response to all allegations would require a substantial expenditure of time and effort—one that may not be wholly necessary if preliminary injunction proceedings narrow or resolve the issues.  Thus, it would be more efficient for the parties and the court to focus on the preliminary injunction issues before requiring Defendants to respond.

For these reasons, the Parties move the Court to issue an order granting the requested extension.

Dated: October 18, 2022

Respectfully submitted,
Rob Bonta
Attorney General of California
P. Patty Li
Supervising Deputy Attorney General

s/ Elizabeth K. Watson
Elizabeth K. Watson
Deputy Attorney General
Attorneys for Defendants

s/ Bradley A. Benbrook
Bradley A. Benbrook
Attorney for Plaintiffs

## STIPULATION

Defendants, Attorney General Rob Bonta and Acting Director of the Bureau of Firearms Blake Graham, and Plaintiffs ("the Parties"), by and through their counsel hereby stipulate and agree as follows:

**WHEREAS**, Plaintiffs have filed a motion for preliminary injunction; and

**WHEREAS**, good cause exists to grant the requested extension because Defendants require more time to analyze the Complaint and to consider and prepare their response; and

**WHEREAS**, good cause also exists because preparation of a response to the Complaint would require a substantial expenditure of time and effort—one that may not be wholly necessary if preliminary injunction proceedings narrow or resolve the issues;

**NOW, THEREFORE, IT IS HEREBY STPIULATED AND AGREED** by the Parties as follows:

1. Defendants' time to respond to the Complaint shall be extended from October 18 to 15 days after the Court enters an order resolving the Preliminary Injunction Motion (Doc. 14).

**IT IS SO STIPULATED AND AGREED.**

//
//
//

Dated: October 18, 2022

Respectfully submitted,

Rob Bonta
Attorney General of California
P. Patty Li
Supervising Deputy Attorney General

s/ Elizabeth K. Watson
Elizabeth K. Watson
Deputy Attorney General
Attorneys for Defendants

Dated: October 18, 2022

Respectfully submitted,

s/ Bradley A. Benbrook
Bradley A. Benbrook
Attorney for Plaintiffs

# SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to, and I have obtained authorization to affix the electronic signatures of, the above signatories to this document.

Dated: October 18, 2022

                                                 *s/ Elizabeth K. Watson*

                                                 Elizabeth K. Watson
                                                 Deputy Attorney General
                                                 Attorney for Defendants

SA2022304288/43442424.docx

# CERTIFICATE OF SERVICE

Case Name: *Miller, James, et al. v. Rob Bonta, et al. (S.D. Cal.)*
Case No.   **3:22-cv-01446-BEN-MDD**

I hereby certify that on <u>October 18, 2022</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **JOINT MOTION AND STIPULATION REGARDING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**

- **ELIZABETH WATSON'S DECLARATION IN SUPPORT OF MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>October 18, 2022</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Stephen M. Duvernay
Benbrook Law Group
701 University Ave., Suite 106
Sacramento, CA 95825

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>October 18, 2022</u>, at San Francisco, California.

|  G. Pang  |  *(signature)*  |
|---|---|
| Declarant | Signature |

SA2022304288/43442432.docx