1 | ROB BONTA
  | Attorney General of California
2 | P. PATTY LI
  | Supervising Deputy Attorney General
3 | ELIZABETH WATSON
  | Deputy Attorney General
4 | State Bar No. 295221
  |  455 Golden Gate Avenue, Suite 11000
5 |  San Francisco, CA  94102-7004
  |  Telephone:  (415) 510-3847
6 |  Fax:  (415) 703-5480
  |  E-mail:  Elizabeth.Watson@doj.ca.gov
7 | *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **JAMES MILLER, et al.,** | 3:22-cv-01446-BEN-JLB |
| Plaintiffs, | **[P~~ROPOSED~~] ORDER ON JOINT MOTION AND STIPULATION REGARDING EXTENSION OF TIME FOR DEFEDANTS TO RESPOND TO COMPLAINT** |
| v. | |
| **ROB BONTA, et al.,** | |
| Defendants. | Judge:         Hon. Roger T. Benitez<br>Courtroom:  5A<br>Action Filed:  September 26, 2022 |

1   On October 18, 2022, the parties filed a Joint Motion and Stipulation Regarding Extension of time for Defendants to Respond to the Complaint. In the Stipulation Defendants, Attorney General Rob Bonta and Acting Director Blake Graham,[1] and Plaintiffs ("the Parties") agree to an order extending the time for Defendants to respond to the Complaint from **October 18 to 15 days after the Court enters an order resolving the Preliminary Injunction Motion (Doc. 14)**.

Good cause exists to grant the requested extension to respond because Defendants require more time to analyze the Complaint and to consider and prepare their response. Additionally, good cause exists because preparation of a response to all allegations would require a substantial expenditure of time and effort—one that may not be wholly necessary if preliminary injunction proceedings narrow or resolve the issues. Thus, it would be more efficient for the parties and the court to focus on the preliminary injunction issues before requiring Defendants to respond.

In accordance with Local Civil Rule 7.2(a), the Court hereby approves the Stipulation so that it is binding on the Court.

**IT IS SO ORDERED.**

Dated: October 19, 2022

_____
Hon. Roger T. Benitez
United States District Court.

---

[1] Blake Graham, now Acting Director of the Bureau of Firearms, has succeeded former Director Luis Lopez. Pursuant to Federal Rule of Civil Procedure 25(d), Acting Director Graham, in his official capacity, is substituted for Director Luis Lopez in this case.