```
 1   ROB BONTA
     Attorney General of California
 2   R. MATTHEW WISE
     Supervising Deputy Attorney General
 3   RYAN R. DAVIS
     Deputy Attorney General
 4   State Bar No. 266330
       1300 I Street, Suite 125
 5     P.O. Box 944255
       Sacramento, CA 94244-2550
 6     Telephone: (916) 210-6045
       Fax: (916) 324-8835
 7     E-mail: Ryan.Davis@doj.ca.gov
     Attorneys for Defendants Attorney General
 8   Rob Bonta and Acting Director Blake
     Graham
 9
```

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **JAMES MILLER, et al.,** | 3:22-cv-01446-BEN-JLB |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | |
| **ROB BONTA, in his official capacity as Attorney General of California; and BLAKE GRAHAM[1], in his official capacity as Acting Director of the Department of Justice Bureau of Firearms,** | |
| Defendants. | |

---

[1] Blake Graham is hereby substituted for former Bureau of Firearms Director Luis Lopez. See Fed. R. Civ. P. 25(d).

1

| | |
|---|---|
| 1 | **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF** |
| 2 | **RECORD:** |
| 3 | Please take notice that Deputy Attorney General Ryan R. Davis hereby |
| 4 | appears on behalf of Defendants Rob Bonta and Blake Graham.  Mr. Davis's |
| 5 | contact information is: |
| 6 | |
| 7 | Ryan R. Davis |
| 8 | 1300 I Street, Suite 125 |
| 9 | Sacramento, CA 94244-2550 |
| 10 | (916) 210-6050 |
| 11 | Ryan.Davis@doj.ca.gov, Ritta.Mashriqi@doj.ca.gov |

Dated: October 31, 2022                     Respectfully submitted,

ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General
RYAN R. DAVIS
Deputy Attorney General


/s/ *Ryan R. Davis*
Deputy Attorney General
*Attorneys for Defendants Attorney General Rob Bonta and Acting Director Blake Graham*

# CERTIFICATE OF SERVICE

| Case Name: | **Miller, James, et al. v. Rob Bonta, et al. (S.D. Cal.)** | No. | **3:22-cv-01446-BEN-MDD** |
|---|---|---|---|

I hereby certify that on <u>October 31, 2022</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### NOTICE OF APPEARANCE

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>October 31, 2022</u>, at Sacramento, California.

| Ritta Mashriqi | */s/Ritta Mashriqi* |
|---|---|
| Declarant | Signature |

SA2022304288
36680659.docx