1  ROB BONTA
   Attorney General of California
2  R. MATTHEW WISE
   Supervising Deputy Attorney General
3  RYAN R. DAVIS
   Deputy Attorney General
4  State Bar No. 266330
    1300 I Street, Suite 125
5     Sacramento, CA 95814
   Telephone: (916) 210-6050
6  Fax: (916) 324-8835
   E-mail: Ryan.Davis@doj.ca.gov
7  *Attorneys for Defendants Rob Bonta and*
*Blake Graham, in their official capacities*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **JAMES MILLER, et al.,** | Case No. 3:22-cv-01446-BEN-JLB |
| Plaintiffs, | **ELIZABETH WATSON'S DECLARATION IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| **ROB BONTA, et al.,** | |
| Defendants. | |
| | Date: November 14, 2022<br>Time: 10:30 a.m.<br>Courtroom: 5A<br>Judge: Hon. Roger T. Benitez |
| | Action Filed: Sept. 26, 2022 |

1

I, Elizabeth K. Watson, hereby declare as follows:

1. I am a Deputy Attorney General with the California Department of Justice and serve as counsel in this action for Defendants Rob Bonta, in his official capacity as Attorney General of the State of California, and Blake Graham, in his official capacity as Acting Director of the Bureau of Firearms ("Defendants"). I make this declaration in support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction. I have personal, first-hand knowledge of the matters set forth below and, if called as a witness, I could and would testify competently thereto.

2. On September 29, 2022, Defendants' counsel contacted Plaintiffs' counsel in a good faith attempt to a seek resolution of this case.

3. Defendants' counsel informed Plaintiffs' counsel that Defendants would agree not to seek fees pursuant to SB 1327 in *Miller v. Bonta*, No. 3:19-cv-1537 (S.D. Cal.) (*Miller I*).

4. Defendants' counsel also informed Plaintiffs' counsel that if there were other pending cases where Plaintiffs were concerned that Defendants might seek fees pursuant to SB 1327, Defendants' counsel would be open to discussing entering an agreement not to seek fees in those cases.

5. Counsel spoke again on October 5, 2022. Defendants' counsel reiterated their offer. Plaintiffs' counsel informed Defendants' counsel that this offer was insufficient to assuage their concerns and that Plaintiffs would seek a preliminary injunction.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 31st day October, 2022 in Berkeley, California.

*s/ Elizabeth K. Watson*
Elizabeth K. Watson

SA2022304288/43459592.docx