UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER; RYAN PETERSON; GUNFIGHTER TACTICAL, LLC; JOHN PHILLIPS; PWGG, L.P.; SAN DIEGO COUNTY GUN OWNERS PAC; CALIFORNIA GUN RIGHTS FOUNDATION; SECOND AMENDMENT FOUNDATION; FIREARMS POLICY COALITION, INC.; JOHN W. DILLON; DILLON LAW GROUP, P.C.; and GEORGE M. LEE,<br><br>Plaintiffs,<br><br>vs.<br><br>ROB BONTA, Attorney General of California; and LUIS LOPEZ, Director of the California Department of Justice Bureau of Firearms,<br><br>Defendants. | No.: 3:22-cv-1446-BEN-JLB<br><br>**ORDER GRANTING MOTION FOR LEAVE TO INTERVENE**<br><br><u>Hearing:</u><br><br>Date:<br>Time:<br>Crtrm.: 5A (5th Floor)<br>Judge: The Honorable Roger T. Benitez |

ORDER GRANTING MOTION FOR LEAVE TO INTERVENE

Upon consideration of proposed intervenor Governor Gavin Newsom's notice of motion, accompanying memorandum of points and authorities, and all other papers filed and proceedings held in this case and such other matters as the Court deemed necessary to consider, the motion for leave to intervene of proposed intervenor Governor Gavin Newsom is hereby GRANTED. *Berger v. North Carolina State Conference of the NAACP*, 142 S. Ct. 2191 (2022).

Governor Gavin Newsom shall have until Monday, December 12, 2022 at noon to file a supplemental brief on the motion for preliminary injunction and trial on the merits.

DATED: 12/9/22

THE HONORABLE ROGER T. BENITEZ
UNITED STATES DISTRICT COURT JUDGE