BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
701 University Ave, Suite 106
Sacramento, CA 95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

COOPER & KIRK, PLLC
DAVID H. THOMPSON*
PETER A. PATTERSON*
JOSEPH O. MASTERMAN*
1523 New Hampshire Avenue, NW
Washington, D.C. 20036
Telephone: (202) 220-9600
dthompson@cooperkirk.com

Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

JAMES MILLER; RYAN PETERSON; GUNFIGHTER TACTICAL, LLC; JOHN PHILLIPS; PWGG, L.P.; SAN DIEGO COUNTY GUN OWNERS PAC; CALIFORNIA GUN RIGHTS FOUNDATION; SECOND AMENDMENT FOUNDATION; FIREARMS POLICY COALITION, INC.; JOHN W. DILLON; DILLON LAW GROUP, P.C.; and GEORGE M. LEE,

        Plaintiffs,

    v.

ROB BONTA, Attorney General of California; and LUIS LOPEZ, Director of the California Department of Justice Bureau of Firearms,

        Defendants.

Case No.: 3:22-cv-01461-BEN-JLB

**PLAINTIFFS' REQUEST FOR EXTENSION OF DEADLINE TO FILE BRIEF**

Date: December 16, 2022
Time: 10:00 a.m.
Courtroom 5A (5th Floor)
Hon. Roger T. Benitez

Plaintiffs request that the Court extend to 2:00 p.m. on Wednesday, December 14, 2022, the time for them to file a consolidated response to Governor Newsom's supplemental brief and the Attorney General's brief, for the following reasons:

Under the compressed schedule issued by the Court, the Attorney General's supplemental brief on the merits was due seven days before the December 16 hearing (Friday, December 9), and Plaintiffs' response was due three days before the hearing (Tuesday, December 13). Dkt. 26. That truncated schedule was set in a context in which the Attorney General signaled at the November 28 hearing that the supplemental brief was likely to be limited in nature and, indeed, that an oral argument may not even be necessary. *See* Trans. at 42:1-13. On December 8, the Attorney General filed a supplemental brief declining to defend the constitutionality of Code of Civil Procedure section 1021.11. Dkt. 29.

Governor Newsom then moved to intervene to defend the statute, Dkt. 31, and to modify the pre-trial scheduling order, Dkt. 32. The Court granted the motion to intervene and ordered the Governor to file a supplemental brief by 12:00 p.m. on Monday, December 12. Dkt. 34. This brief (Dket. 35) raises, for the first time, the State's substantive legal defense of Section 1021.11. Under the current briefing schedule, Plaintiffs' response is due tomorrow, Tuesday, December 13 (allowing one day, instead of four, to respond). Dkt. 26.

Plaintiffs request that the Court extend the time to file a consolidated brief (responding to both the Attorney General's brief and the Governor's brief) to 2:00 p.m. on Wednesday, December 14. The Attorney General and Counsel for the Governor have consented to this extension.

Respectfully submitted,

Dated:  December 12, 2022        BENBROOK LAW GROUP, PC

By   s/ Bradley A. Benbrook
BRADLEY A. BENBROOK
Attorneys for Plaintiffs