**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES MILLER; RYAN PETERSON; GUNFIGHTER TACTICAL, LLC; JOHN PHILLIPS; PWGG, L.P.; SAN DIEGO COUNTY GUN OWNERS PAC; CALIFORNIA GUN RIGHTS FOUNDATION; SECOND AMENDMENT FOUNDATION; FIREARMS POLICY COALITION, INC.; JOHN W. DILLON; DILLON LAW GROUP, P.C.; and GEORGE M. LEE,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, Attorney General of California; and LUIS LOPEZ, Director of the California Department of Justice Bureau of Firearms,<br><br>Defendants. | Case No.: 3:22-cv-01446-BEN-MDD<br><br>**ORDER ON PLAINTIFFS' REQUEST FOR EXTENSION OF DEADLINE TO FILE BRIEF**<br><br>Date: December 16, 2022<br>Time: 10:00 a.m.<br>Courtroom 5A (5th Floor)<br>Hon. Roger T. Benitez |

1 |     Upon consideration of Plaintiffs' unopposed Request for Extension of Deadline
2 | to File Brief, ECF No. 36, and good cause appearing therefore, Plaintiffs' request is
3 | GRANTED.
4 |     Plaintiffs shall have until 2:00 p.m. on Wednesday, December 14 to file a
5 | consolidated response to the Attorney General's and Governor's briefs.
6 |     IT IS SO ORDERED.
7 | Dated:  December 13, 2022
8 |                                     Hon. Roger T. Benitez
                                   United States District Judge