BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
701 University Ave, Suite 106
Sacramento, CA 95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

COOPER & KIRK, PLLC
DAVID H. THOMPSON*
PETER A. PATTERSON*
JOSEPH O. MASTERMAN*
1523 New Hampshire Avenue, NW
Washington, D.C. 20036
Telephone: (202) 220-9600
dthompson@cooperkirk.com

Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, et al., <br><br>　　　　　Plaintiffs, <br><br>　v. <br><br>ROB BONTA, Attorney General of California, et al., <br><br>　　　　　Defendants, <br>and <br><br>GAVIN NEWSOM, Governor of the State of California, <br><br>　　　　　Intervenor-Defendant. | Case No.: 3:22-cv-01461-BEN-JLB <br><br>**STIPULATION TO WAIVE OBJECTIONS TO ADMISSION OF DOCUMENTARY EVIDENCE AND DECLARATIONS IN LIEU OF LIVE TESTIMONY AT HEARING** <br><br>Date: December 16, 2022 <br>Time: 10:00 a.m. <br>Courtroom 5A (5th Floor) <br>Hon. Roger T. Benitez |

## STIPULATION

WHEREAS, there is a merits hearing set for December 16, 2002, during which Plaintiffs wish to introduce testimony and documentary evidence in support of their claims for a declaratory judgment and permanent injunction concerning SB 1327's fee-shifting provisions set forth in California Code of Civil Procedure section 1021.11.

For the sake of judicial economy, and for the convenience of witnesses, Defendant Attorney General Rob Bonta, Intervenor-Defendant Governor Gavin Newsom, and Plaintiffs agree that certain testimony can be admitted on declaration in lieu of eliciting live testimony subject to cross examination.

For the sake of judicial economy, and for the convenience of witnesses, Defendant Attorney General Rob Bonta, Intervenor-Defendant Governor Gavin Newsom, and Plaintiffs further agree that certain documents can be admitted by stipulation of the parties forgoing any objections by Defendant or Intervenor-Defendant to admission based on foundation (including hearsay) and authenticity.

In exchange for waiving objections to admission of such testimony and documents, Plaintiffs agree to forgo the calling of witnesses or eliciting testimony at the hearing.

Therefore, the parties hereby stipulate that the following declarations may sought to be admitted by Plaintiffs at hearing without objection by Defendant and Intervenor-Defendant:

1. Declaration of Brandon Combs, previously submitted as evidence in support of Plaintiffs' Motion for Preliminary Injunction (ECF No. 14-2).
2. Declaration of Alan Gottlieb, previously submitted as evidence in support of Plaintiffs' Motion for Preliminary Injunction (ECF No. 14-3).
3. Declaration of Ryan Peterson, previously submitted as evidence in support of Plaintiffs' Motion for Preliminary Injunction (ECF No. 14-4).
4. Declaration of John Phillips, previously submitted as evidence in support of Plaintiffs' Motion for Preliminary Injunction (ECF No. 14-5).

5. Declaration of Michael Schwartz, previously submitted as evidence in support of Plaintiffs' Motion for Preliminary Injunction (ECF No. 14-6).

6. Declaration of John Dillon, previously submitted as evidence in support of Plaintiffs' Motion for Preliminary Injunction (ECF No. 14-7).

7. Declaration of George Lee, previously submitted as evidence in support of Plaintiffs' Motion for Preliminary Injunction (ECF No. 14-8).

IT IS SO STIPULATED.

Dated: December 14, 2022            BENBROOK LAW GROUP, PC


By   s/ Bradley A. Benbrook
     BRADLEY A. BENBROOK
     Attorneys for Plaintiffs

Dated: December 14, 2022            ROB BONTA
                                    Attorney General of California
                                    R. MATTHEW WISE
                                    Supervising Deputy Attorney General


By   s/ Ryan R. Davis
     RYAN R. DAVIS
     Supervising Deputy Attorney General
     Attorney for Defendants Rob Bonta, et al.

Dated: December 14, 2022            OLSON REMCHO, LLP


By   s/ Thomas A. Willis
     THOMAS A. WILLIS
     Attorneys for Intervenor-Defendant Gavin Newsom, Governor of the State of California