BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
701 University Ave, Suite 106
Sacramento, CA 95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

COOPER & KIRK, PLLC
DAVID H. THOMPSON*
PETER A. PATTERSON*
JOSEPH O. MASTERMAN*
1523 New Hampshire Avenue, NW
Washington, D.C. 20036
Telephone: (202) 220-9600
dthompson@cooperkirk.com

*Pro hac vice

Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, et al., | Case No.: 3:22-cv-01446-BEN-MDD |
| Plaintiffs, | |
| v. | **NOTICE OF RELATED CASE** |
| ROB BONTA, Attorney General of California, et al., | |
| Defendants, | |
| and | |
| GAVIN NEWSOM, Governor of the State of California, | |
| Intervenor-Defendant. | |

TO THE COURT, CLERK OF THE COURT, AND TO ALL PARTIES IN THE RELATED CASES REFERENCED BELOW:

PLEASE TAKE NOTICE that, pursuant to S.D. CivLR 40.1.f, Plaintiffs hereby serve this Notice of Related Case to show that this action is related to another action within this District, namely *Firearms Policy Coalition, Inc. v. City of San Diego*, Case No. 3:23-cv-00400-LL-AGS ("*FPC v. San Diego*"), filed March 2, 2023.

*FPC v. San Diego* is related to this action under CivLR 40.1.g.1 and 3: Each of the Plaintiffs in *FPC v. San Diego* is a Plaintiff in this action, and *FPC v. San Diego* raises an identical legal question to the one decided here (the constitutionality of California Code of Civil Procedure section 1021.11). The defendants in *FPC v. San Diego* are local jurisdictions that were not defendants in this case and are therefore not directly bound by the injunction issued by this Court on December 19, 2022.

Just as in this case, the Plaintiffs in *FPC v. San Diego* wish to challenge firearm regulations in the Defendants' jurisdictions, but they face the threat of a ruinous fee award under Section 1021.11 if they do not prevail on every claim in such challenges. Plaintiffs in *FPC v. San Diego* requested that the defendant local jurisdictions stipulate to non-enforcement of the provisions of Section 1021.11 in light of the Court's injunction in this case, but they have refused to do so. Accordingly, the Plaintiffs in *FPC v. San Diego* now seek declaratory and injunctive relief a second time, to enjoin its application by the defendant local jurisdictions. As such, the two cases are related under CivLR 40.1.g.1 because they "[i]nvolve some of the same parties and are based on the same or similar claims," and CivLR 40.1.g.3 because they "[i]nvolve substantially the same facts and the same questions of law."

And because the two cases raise an identical legal question, the assignment of *FPC v. San Diego* and this action to a single district judge will affect a saving of judicial effort and other economies, and ensure that the cases reach consistent results.

Pursuant to CivLR 40.1.h, the Clerk of the Court is therefore requested to report the related cases to "the judges concerned at the earliest date practicable."

|    |                        |                                                        |
|----|------------------------|--------------------------------------------------------|
| 1  |                        |                                                        |
| 2  |                        |                                                        |
| 3  | Dated: March 2, 2023   | BENBROOK LAW GROUP, PC                                 |
| 4  |                        |                                                        |
| 5  |                        | By _____                     |
| 6  |                        | BRADLEY A. BENBROOK<br>Attorneys for Plaintiffs        |