BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
701 University Ave, Suite 106
Sacramento, CA 95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

COOPER & KIRK, PLLC
DAVID H. THOMPSON*
PETER A. PATTERSON*
JOSEPH O. MASTERMAN*
1523 New Hampshire Avenue, NW
Washington, D.C. 20036
Telephone: (202) 220-9600
dthompson@cooperkirk.com

*Pro hac vice

Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROB BONTA, Attorney General of California, et al., <br><br> Defendants, <br> and <br><br> GAVIN NEWSOM, Governor of the State of California, <br><br> Intervenor-Defendant. | Case No.: 3:22-cv-01446-BEN-MDD <br><br> **PROOF OF SERVICE OF NOTICE OF RELATED CASE (Case No.: 3:23-cv-00400-LL-AGS)** |

Plaintiffs provide notice that all Defendants in *Firearms Policy Coalition, Inc. v. City of San Diego*, Case No. 3:23-cv-00400-LL-AGS ("*FPC v. San Diego*") have been served with the Notice of Related Case that Plaintiffs filed in *FPC v. San Diego* (ECF No. 3), informing them that the two actions are related. This service is reflected in the return of service documents on file with the court (*FPC v. San Diego*, ECF Nos. 7–13). True and correct copies of the materials as filed in *FPC v. San Diego* are attached as Exhibits 1–8.

Dated: March 14, 2023                    BENBROOK LAW GROUP, PC

                                         By   s/ Stephen M. Duvernay
                                         STEPHEN M. DUVERNAY
                                         Attorneys for Plaintiffs

# EXHIBIT 1

BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
701 University Avenue, Suite 106
Sacramento, CA 95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com

COOPER & KIRK, PLLC
DAVID H. THOMPSON*
PETER A. PATTERSON*
JOSEPH O. MASTERMAN*
1523 New Hampshire Avenue, NW
Washington, D.C. 20036
Telephone: (202) 220-9600
dthompson@cooperkirk.com

*Motion to Appear Pro Hac Vice Forthcoming

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREARMS POLICY COALITION, INC.; CALIFORNIA GUN RIGHTS FOUNDATION; SAN DIEGO COUNTY GUN OWNERS PAC, | Case No.: 3:23-cv-00400-LL-AGS |
| Plaintiffs, | **NOTICE OF RELATED CASE** |
| v. | |
| CITY OF SAN DIEGO; COUNTY OF IMPERIAL; COUNTY OF ALAMEDA; COUNTY OF VENTURA; COUNTY OF LOS ANGELES; CITY OF SAN JOSE; and COUNTY OF SANTA CLARA, | |
| Defendants. | |

TO THE COURT, CLERK OF THE COURT, AND TO ALL PARTIES IN THE RELATED CASES REFERENCED BELOW:

PLEASE TAKE NOTICE that, pursuant to S.D. CivLR 40.1.f, Plaintiffs Firearms Policy Coalition, Inc.; California Gun Rights Foundation; Second Amendment Foundation; and San Diego County Gun Owners PAC hereby serve this Notice of Related Case to show that this action is related to another action within this District, namely *Miller v. Bonta*, Case No. 3:22-cv-1446-BEN-MDD, filed September 26, 2022 ("*Miller II*").

*Miller II* is related to this action under CivLR 40.1.g.1 and 3: Each of the Plaintiffs in this case is a plaintiff in *Miller II*, and the Plaintiffs raise an identical legal question to the one decided in *Miller II* (the constitutionality of California Code of Civil Procedure section 1021.11). In *Miller II*, this Court enjoined State officials from enforcing Section 1021.11. No. 3:22-cv-1446-BEN-MDD, --- F.Supp.3d ----, 2022 WL 17811114 (S.D. Cal. Dec. 19, 2022). The Defendants in this case are local jurisdictions that were not defendants in *Miller II*, and are therefore not directly bound by that injunction.

Just as in *Miller II*, the Plaintiffs in this case wish to challenge firearm regulations in the Defendants' jurisdictions, but they face the threat of a ruinous fee award under Section 1021.11 if they do not prevail on every claim in such challenges. Plaintiffs requested that Defendants stipulate to non-enforcement of the provisions of Section 1021.11 in light of the ruling *Miller II*, but they have refused to do so. Plaintiffs have now sought declaratory and injunctive relief a second time, to enjoin the statute's application by the defendant local jurisdictions. As such, the two cases are related under CivLR 40.1.g.1 because they "[i]nvolve some of the same parties and are based on the same or similar claims," and CivLR 40.1.g.3 because they "[i]nvolve substantially the same facts and the same questions of law."

And because the two cases raise an identical legal question, the assignment of *Miller II* and this action to a single district judge will affect a saving of judicial effort and other economies, and ensure that the cases reach consistent results.

Pursuant to CivLR 40.1.h, the Clerk of the Court is therefore requested to report the related cases to "the judges concerned at the earliest date practicable."

Dated:  March 2, 2023

BENBROOK LAW GROUP, PC

By _____
BRADLEY A. BENBROOK
Attorneys for Plaintiffs

# EXHIBIT 2

1   Stephen Duvernay, 250957
    (916)447-4900
2   Benbrook Law Group PC
3   400 Capitol Mall, Suite 2530
    Sacramento, CA 95814
4   Representing: Plaintiff

5

6

7

8              United States District Court, Southern District of California

9              Southern District of California - District - San Diego

10

11

12  Firearms Policy Coalition, Inc., et al.
                                                    )        Case No. 3:23-cv-00400-LL-AGS
13                                                  )
                                                    )
14           Plaintiff/Petitioner                   )        Proof of Service of:
                                                    )        Civil Case Cover Sheet, Complaint, Notice of
15                    vs.                            )        Related Case, Summons
                                                    )
16  City of San Diego, et al.                       )
                                                    )
17           Defendant/Respondent                   )
                                                    )
18  ──────────────────────────────────────)
                                                             Service on:
19                                                           City of San Jose

20

21

22

23

24

25

26

27

28

                                    PROOF OF SERVICE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | | FOR COURT USE ONLY |
|---|---|---|---|---|
| Stephen Duvernay, 250957<br>Benbrook Law Group PC<br>400 Capitol Mall, Suite 2530<br>Sacramento, CA 95814<br>ATTORNEY FOR (Name): Plaintiff | | (916)447-4900 | | |
| | | Ref. No. or File No. | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Southern District of California

333 West Broadway

San Diego, CA 92101-8900

PLAINTIFF:

Firearms Policy Coalition, Inc., et al.

DEFENDANT:

City of San Diego, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>3:23-cv-00400-LL-AGS |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Civil Case Cover Sheet, Complaint, Notice of Related Case, Summons

2. Party Served: City of San Jose

3. Person Served: Person Authorized to Accept Service of Process

a. Left with: Megan Roche - Deputy City Clerk - Person In Charge Of Office

4. Date & Time of Delivery: 03/03/2023   12:19PM

5. Address, City and State: 200 E Santa Clara St
San Jose, CA 95113

6. Manner of Service: By leaving the copies with or in the presence of Megan Roche - Deputy City Clerk , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 166.75

Registered California process server.
County: Santa Clara
Registration No.: ps1611

Joseph Hussey

One Legal - P-000618-Sonoma

1400 North McDowell Blvd. Ste 300
Petaluma, CA 94954
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 03/06/2023 at Petaluma, California.

Signature: _____

Joseph Hussey

OL#: 19939241

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | | FOR COURT USE ONLY |
|---|---|---|---|---|
| Stephen Duvernay, 250957<br>Benbrook Law Group PC<br>400 Capitol Mall, Suite 2530 | | (916)447-4900 | | |
| Sacramento, CA 95814 | Ref. No. or File No. | | | |
| ATTORNEY FOR (Name): Plaintiff | | | | |

| Insert name of court, judicial district or branch court, if any: |
|---|
| United States District Court, Southern District of California<br>333 West Broadway<br>San Diego, CA 92101-8900 |

| PLAINTIFF: |
|---|
| Firearms Policy Coalition, Inc., et al. |

| DEFENDANT: |
|---|
| City of San Diego, et al. |

| | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| PROOF OF SERVICE BY MAIL | | | | 3:23-cv-00400-LL-AGS |

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 03/06/2023, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Civil Case Cover Sheet, Complaint, Notice of Related Case, Summons

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

City of San Jose

200 E Santa Clara St

San Jose, CA 95113

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 166.75

Sandra Alcala
One Legal - P-000618-Sonoma
1400 North McDowell Blvd. Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 03/06/2023 at Petaluma, California.

*Sandra Alcala*

Sandra Alcala

OL#: 19939241

**EXHIBIT 3**

1  Stephen M. Duvernay, 250957
   (916)447-4900
2  Benbrook Law Group PC
3  701 University Avenue, Suite 106
   Sacramento, CA 95825
4  Representing: Plaintiff                              File No.

5

6

7

8                United States District Court, Southern District of California

9                  Southern District of California - District - San Diego

10

11

12  Firearms Policy Coalition, Inc., et al.
                                              )      Case No. 3:23-CV-00400-LL-AGS
13                                            )
                                              )      Proof of Service of:
14          Plaintiff/Petitioner             )
                                              )      Summons; Complaint; Civil Cover Sheet; Notice of
15                  vs.                        )      Related Case
                                              )
16  City of San Diego, et al.                 )
                                              )
17                                            )
            Defendant/Respondent             )
18                                        )
                                              )      Service on:
19                                                  County of Alameda

20

21

22                                                  Hearing Date:
                                                    Hearing Time:
23                                                  Div/Dept:

24

25

26

27

28

                                        PROOF OF SERVICE

    OL#19939216

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Stephen M. Duvernay, 250957 | |
| Benbrook Law Group PC | |
| 701 University Avenue, Suite 106 | |
| Sacramento, CA 95825 | |
| TELEPHONE NO.: (916)447-4900 | |
| ATTORNEY FOR *(Name):* Plaintiff | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF |
|---|
| United States District Court, Southern District of California |
| 333 West Broadway |
| San Diego, CA 92101-8900 |

| PLAINTIFF/PETITIONER: Firearms Policy Coalition, Inc., et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: City of San Diego, et al. | 3:23-CV-00400-LL-AGS |

| | Ref. No. or File No.: |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons; Complaint; Civil Cover Sheet; Notice of Related Case

3. a. Party served: County of Alameda

   b. Person Served: - Person Authorized to Accept Service of Process

4. Address where the party was served: 1221 Oak St, Suite 555
   Oakland, CA 94612

5. I served the party
   b. **by substituted service.** On (date): 03/03/2023    at (time): 10:09AM    I left the documents listed in item 2 with or
   in the presence of: Robin Bailey - Clerk of the board - Person In Charge Of Office
   (1) (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the
   person to be served. I informed him or her of the general nature of the papers.

   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   d. on behalf of:
   County of Alameda

   under:

7. **Person who served papers**
   a. Name:         Timothy E. Ault
   b. Address:      One Legal - P-000618-Sonoma
                    1400 North McDowell Blvd, Ste 300
                    Petaluma, CA 94954
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 166.75
   e. I am:
      (3) registered California process server.
          (i) Employee or independent contractor.
          (ii) Registration No. 924
          (iii) County Alameda

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 03/03/2023

Timothy E. Ault
(NAME OF PERSON WHO SERVED PAPERS)

(SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

OL# 19939216

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | | | TELEPHONE NO.: | | FOR COURT USE ONLY |
|---|---|---|---|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*:
Stephen M. Duvernay, 250957
Benbrook Law Group PC

701 University Avenue, Suite 106
Sacramento, CA 95825
ATTORNEY FOR *(Name)*: Plaintiff

TELEPHONE NO.:
(916)447-4900

Ref. No. or File No.

FOR COURT USE ONLY

Insert name of court, judicial district or branch court, if any:

Southern District of California - District - San Diego
333 West Broadway
San Diego, CA 92101-8900

PLAINTIFF:
Firearms Policy Coalition, Inc., et al.

DEFENDANT:
City of San Diego, et al.

| PROOF OF SERVICE BY MAIL | | | | CASE NUMBER: 3:23-CV-00400-LL-AGS |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 03/03/2023, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Summons; Complaint; Civil Cover Sheet; Notice of Related Case

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

County of Alameda

1221 Oak St, Suite 555

Oakland, CA 94612

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 166.75

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 03/03/2023 at Petaluma, California.

One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

*Sandra Alcala*

Sandra Alcala

OL# 19939216

# EXHIBIT 4

1  | Stephen M. Duvernay, 250957
   | (916)447-4900
2  | Benbrook Law Group PC
3  | 701 University Avenue, Suite 106
   | Sacramento, CA 95825
4  | Representing: Plaintiff                              File No.

5

6

7

8                    United States District Court, Southern District of California

9                     Southern District of California - District - San Diego

10

11

12 | Firearms Policy Coalition, Inc., et al.
                                                       Case No. '23cv00400 LL AGS
13
                                                       Proof of Service of:
14 |           Plaintiff/Petitioner
                                                       Summons; Complaint; Civil Cover Sheet; Notice of
15 |                    vs.                             Related Case

16 | City of San Diego, et al.

17 |           Defendant/Respondent

18                                                     Service on:
19                                                          County of Santa Clara

20

21
                                                       Hearing Date:
22
                                                       Hearing Time:
23
                                                       Div/Dept:
24

25

26

27

28

                              PROOF OF SERVICE

OL#19939120

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Stephen M. Duvernay, 250957 | |
| Benbrook Law Group PC | |
| 701 University Avenue, Suite 106 | |
| Sacramento, CA 95825 | |
| TELEPHONE NO.: (916)447-4900 | |
| ATTORNEY FOR *(Name):* Plaintiff | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF |
|---|
| United States District Court, Southern District of California |
| 333 West Broadway |
| San Diego, CA 92101-8900 |

| PLAINTIFF/PETITIONER: Firearms Policy Coalition, Inc., et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: City of San Diego, et al. | '23cv00400 LL AGS |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |
|---|---|

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons; Complaint; Civil Cover Sheet; Notice of Related Case

3. a. Party served: County of Santa Clara

   b. Person Served: - Person Authorized to Accept Service of Process

4. Address where the party was served: 70 W Hedding St
   San Jose, CA 95110

5. I served the party
   b. **by substituted service.** On (date): 03/03/2023    at (time): 11:00AM    I left the documents listed in item 2 with or in the presence of:  Michelle Azevedo- Deputy Clerk of the Board - Person In Charge Of Office
      (1) (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   d. on behalf of:
   County of Santa Clara

   under:

7. **Person who served papers**
   a. Name:       Joseph Hussey
   b. Address:    One Legal - P-000618-Sonoma
                  1400 North McDowell Blvd, Ste 300
                  Petaluma, CA 94954
   c. Telephone number: 415-491-0606
   d. The fee for service was: $   166.75
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No. ps1611
         (iii) County Santa Clara

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 03/03/2023

Joseph Hussey
(NAME OF PERSON WHO SERVED PAPERS)          (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

OL# 19939120

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):*<br>Stephen M. Duvernay, 250957<br>Benbrook Law Group PC | | TELEPHONE NO.:<br>(916)447-4900 | | FOR COURT USE ONLY |
|---|---|---|---|---|
| 701 University Avenue, Suite 106<br>Sacramento, CA 95825<br>ATTORNEY FOR *(Name):* Plaintiff | | Ref. No. or File No. | | |

| Insert name of court, judicial district or branch court, if any: |
|---|
| Southern District of California - District - San Diego<br>333 West Broadway<br>San Diego, CA 92101-8900 |

| PLAINTIFF: |
|---|
| Firearms Policy Coalition, Inc., et al. |

| DEFENDANT: |
|---|
| City of San Diego, et al. |

| **PROOF OF SERVICE BY MAIL** | | | | CASE NUMBER:<br>'23cv00400 LL AGS |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 03/03/2023, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Summons; Complaint; Civil Cover Sheet; Notice of Related Case

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

County of Santa Clara

70 W Hedding St

San Jose, CA 95110

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 166.75

One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 03/03/2023 at Petaluma, California.

*Sandra Alcala*

Sandra Alcala

OL# 19939120

**EXHIBIT 5**

1  Stephen M. Duvernay, 250957
   (916)447-4900
2  Benbrook Law Group PC
3  701 University Avenue, Suite 106
   Sacramento, CA 95825
4  Representing: Plaintiff                          File No.

5

6

7

8              United States District Court, Southern District of California

9                 Southern District of California - District - San Diego

10

11

12 Firearms Policy Coalition, Inc., et al.
                                          )        Case No. '23cv00400 LL AGS
13                                        )
14           Plaintiff/Petitioner         )        Proof of Service of:
                                          )        Summons; Complaint; Civil Cover Sheet; Notice of
15                  vs.                    )        Related Case
                                          )
16 City of San Diego, et al.              )
                                          )
17                                        )
             Defendant/Respondent         )
18 ─────────────────────────────────────  )
                                                   Service on:
19                                                 County of Ventura
20

21
                                                   Hearing Date:
22                                                 Hearing Time:
23                                                 Div/Dept:
24

25

26

27

28



                                  PROOF OF SERVICE

   OL#19939085

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Stephen M. Duvernay, 250957 | |
| Benbrook Law Group PC | |
| 701 University Avenue, Suite 106 | |
| Sacramento, CA 95825 | |
| TELEPHONE NO.: (916)447-4900 | |
| ATTORNEY FOR *(Name):* Plaintiff | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF |
|---|
| United States District Court, Southern District of California |
| 333 West Broadway |
| San Diego, CA 92101-8900 |

| PLAINTIFF/PETITIONER: Firearms Policy Coalition, Inc., et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: City of San Diego, et al. | '23cv00400 LL AGS |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |
|---|---|

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons; Complaint; Civil Cover Sheet; Notice of Related Case

3. a. Party served: County of Ventura

   b. Person Served:  - Person Authorized to Accept Service of Process

4. Address where the party was served: 800 S Victoria Ave

   Ventura, CA 93003

5. I served the party
   b. **by substituted service.** On (date): 03/03/2023       at (time): 12:08PM     I left the documents listed in item 2 with or
   in the presence of:   Brenden Vlahakis- Senior Deputy Clerk - Person In Charge Of Office

   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   d. on behalf of:
   County of Ventura

   under:

7. **Person who served papers**
   a. Name:          Eileen M. Torres
   b. Address:        One Legal - P-000618-Sonoma
                      1400 North McDowell Blvd, Ste 300
                      Petaluma, CA 94954
   c. Telephone number: 415-491-0606
   d. The fee for service was: $    166.75
   e. I am:
      (3) registered California process server.
          (i) Employee or independent contractor.
          (ii) Registration No. 667
          (iii) County Ventura

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 03/03/2023

Eileen M. Torres                                          E.T.
(NAME OF PERSON WHO SERVED PAPERS)                        (SIGNATURE)

| Form Adopted for Mandatory Use | | Code of Civil Procedure, § 417.10 |
|---|---|---|
| Judicial Council of California POS-010 | | |
| [Rev. Jan 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | |

OL# 19939085

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*:<br>Stephen M. Duvernay, 250957<br>Benbrook Law Group PC | | TELEPHONE NO.:<br>(916)447-4900 | | FOR COURT USE ONLY |
|---|---|---|---|---|
| 701 University Avenue, Suite 106<br>Sacramento, CA 95825<br>ATTORNEY FOR *(Name)*: Plaintiff | | Ref. No. or File No. | | |
| Inset name of court, judicial district or branch court, if any: | | | | |
| Southern District of California - District - San Diego<br>333 West Broadway<br>San Diego, CA 92101-8900 | | | | |
| PLAINTIFF:<br>Firearms Policy Coalition, Inc., et al. | | | | |
| DEFENDANT:<br>City of San Diego, et al. | | | | |
| **PROOF OF SERVICE BY MAIL** | | | | CASE NUMBER:<br>'23cv00400 LL AGS |

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 03/03/2023, after personal service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Summons; Complaint; Civil Cover Sheet; Notice of Related Case

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

County of Ventura

800 S Victoria Ave

Ventura, CA 93003

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 166.75

One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 03/03/2023 at Petaluma, California.

*Sandra Alcala*

Sandra Alcala

OL# 19939085

# EXHIBIT 6

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Stephen Duvernay, 250957<br>Benbrook Law Group PC<br>400 Capitol Mall, Suite 2530<br>Sacramento, CA 95814<br>TELEPHONE NO.: (916)447-4900<br>ATTORNEY FOR *(Name):* Plaintiff | FOR COURT USE ONLY |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF**<br>United States District Court, Southern District of California<br>333 West Broadway<br>San Diego, CA 92101-8900 | |
| PLAINTIFF/PETITIONER: Firearms Policy Coalition, Inc., et al.<br><br>DEFENDANT/RESPONDENT: City of San Diego, et al. | CASE NUMBER:<br>3:23-cv-00400-LL-AGS |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons; Complaint; Civil Case Cover Sheet; NOtice of Related Cases

3. a. Party served: CITY OF SAN DIEGO

   b. Person Served: **Party in item 3a.**

4. Address where the party was served: 202 C St<br>   San Diego, CA 92101

5. I served the party
   b. **by substituted service.** On (date): 03/03/2023   at (time): 1:50PM   I left the documents listed in item 2 with or
   in the presence of:  Lynn A. (F/A/100-130/45-55/Brn Eyes) Info Spec. - Person In Charge Of Office
     (1) (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the
     person to be served. I informed him or her of the general nature of the papers.

    (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   d. on behalf of:
   CITY OF SAN DIEGO

   under:   CCP 416.50 (public entity)

7. **Person who served papers**
   a. Name:   Jose Cortes
   b. Address:   One Legal - P-000618-Sonoma
           1400 North McDowell Blvd, Ste 300
           Petaluma, CA 94954
   c. Telephone number: 415-491-0606
   d. The fee for service was: $  206.75
   e. I am:
     (3) registered California process server.
       (i)  Employee or independent contractor.
       (ii) Registration No. 3034
       (iii) County San Diego

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 03/08/2023

    Jose Cortes
  (NAME OF PERSON WHO SERVED PAPERS)                              (SIGNATURE)

Form Adopted for Mandatory Use<br>Judicial Council of California POS-010<br>[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

OL# 19939283

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*:<br>Stephen Duvernay, 250957<br>Benbrook Law Group PC<br>400 Capitol Mall, Suite 2530<br>Sacramento, CA 95814<br>ATTORNEY FOR *(Name)*: Plaintiff | | TELEPHONE NO.:<br>(916)447-4900 | FOR COURT USE ONLY |
|---|---|---|---|
| | | Ref. No. or File No. | |
| Insert name of court, judicial district or branch court, if any:<br>Southern District of California - District - San Diego<br>333 West Broadway<br>San Diego, CA 92101-8900 | | | |
| PLAINTIFF:<br>Firearms Policy Coalition, Inc., et al. | | | |
| DEFENDANT:<br>City of San Diego, et al. | | | |
| **PROOF OF SERVICE BY MAIL** | | | CASE NUMBER:<br>3:23-cv-00400-LL-AGS |

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 03/08/2023, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Summons; Complaint; Civil Case Cover Sheet; NOtice of Related Cases

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

CITY OF SAN DIEGO

202 C St

San Diego, CA 92101

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 206.75

One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 03/08/2023 at Petaluma, California.

*Sandra Alcala*

Sandra Alcala

OL# 19939283

# EXHIBIT 7

1 | Stephen Duvernay, 250957
(916)447-4900
2 | Benbrook Law Group PC
3 | 400 Capitol Mall, Suite 2530
Sacramento, CA 95814
4 | Representing: Plaintiff                                        File No.

5

6

7

8 | United States District Court, Southern District of California

9 | Southern District of California - District - San Diego

10

11

12 | Firearms Policy Coalition, Inc.; et al.

Case No. 3:23-cv-00400-LL-AGS

13

14 |            Plaintiff/Petitioner         Proof of Service of:

15 |                   vs.                   Summons; Complaint; Civil Case Cover Sheet;
                                             Notice of Related Case

16 | City of San Diego; et al.

17

18 |            Defendant/Respondent

19 |                                         Service on:
                                             County of Imperial

20

21

22 |                                         Hearing Date:

23 |                                         Hearing Time:

24 |                                         Div/Dept:

25

26

27

28

PROOF OF SERVICE

OL#19939197

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | | FOR COURT USE ONLY |
|---|---|---|---|---|
| Stephen Duvernay, 250957 <br> Benbrook Law Group PC <br> 400 Capitol Mall, Suite 2530 <br> Sacramento, CA 95814 | | (916)447-4900 | | |
| ATTORNEY FOR (Name): Plaintiff | | Ref. No. or File No. | | |

| Insert name of court, judicial district or branch court, if any: |
|---|
| United States District Court, Southern District of California <br> 333 West Broadway <br> San Diego, CA 92101-8900 |

| PLAINTIFF: |
|---|
| Firearms Policy Coalition, Inc.; et al. |

| DEFENDANT: |
|---|
| City of San Diego; et al. |

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: <br> 3:23-cv-00400-LL-AGS |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons; Complaint; Civil Case Cover Sheet; Notice of Related Case

| 2. Party Served: | County of Imperial |
|---|---|
| 3. Person Served: | Person Authorized to Accept Service of Process |
| a. Left with: | Blanca Acosta, Clerk Of The Board Of Supervisors - Person Authorized to Accept |
| 4. Date & Time of Delivery: | 03/03/2023     2:07PM |
| 5. Address, City and State: | 940 Main St, Room 208 <br> El Centro, CA 92243 |
| 6. Manner of Service: | By leaving the copies with or in the presence of Blanca Acosta, Clerk Of The Board Of Supervisors , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached. |

### Fee for Service: $ 166.75

Registered California process server.
County: Imperial
Registration No.: 20176-0000001

Irene B. Ramirez

One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 03/09/2023 at Petaluma, California.

Signature: _____

Irene B. Ramirez
OL#: 19939197

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | | FOR COURT USE ONLY |
|---|---|---|---|---|
| Stephen Duvernay, 250957<br>Benbrook Law Group PC<br>400 Capitol Mall, Suite 2530 | | (916)447-4900 | | |
| Sacramento, CA 95814 | Ref. No. or File No. | | | |
| ATTORNEY FOR (Name): Plaintiff | | | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Southern District of California

333 West Broadway

San Diego, CA 92101-8900

PLAINTIFF:

Firearms Policy Coalition, Inc.; et al.

DEFENDANT:

City of San Diego; et al.

| | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| PROOF OF SERVICE BY MAIL | | | | 3:23-cv-00400-LL-AGS |

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 03/10/2023, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Summons; Complaint; Civil Case Cover Sheet; Notice of Related Case

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma , California, addressed as follows:

County of Imperial

940 Main St, Room 208

El Centro, CA 92243

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 166.75

Sandra Alcala

One Legal - P-000618-Sonoma

1400 North McDowell Blvd. Ste 300

Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 03/10/2023 at Petaluma, California.

*Sandra Alcala*

Sandra Alcala

OL#:      19939197

# EXHIBIT 8

POS-010

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Stephen M. Duvernay, 250957<br>Benbrook Law Group PC<br>701 University Avenue, Suite 106<br>Sacramento, CA 95825<br>TELEPHONE NO.: (916)447-4900<br>ATTORNEY FOR *(Name):* Plaintiff | FOR COURT USE ONLY |

| |
|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF |
| United States District Court, Southern District of California<br>333 West Broadway<br>San Diego, CA 92101-8900 |

| | |
|---|---|
| PLAINTIFF/PETITIONER: Firearms Policy Coalition, Inc., et al. | CASE NUMBER: |
| DEFENDANT/RESPONDENT: City of San Diego, et al. | '23cv00400-LL-AGS |

| | |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons; Complaint; Civil Cover Sheet; Notice of Related Case

3. a. Party served: County of Los Angeles

   b. Person Served: Person Authorized to Accept Service of Process

4. Address where the party was served: 500 W Temple St, Room 358
   Los Angeles, CA 90012

5. I served the party
   b. **by substituted service.** On (date): 03/03/2023  at (time): 2:29PM  I left the documents listed in item 2 with or
   in the presence of: Ruben Khosdikian, Deputy Clerk - Person Authorized to Accept
   (1) (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the
   person to be served. I informed him or her of the general nature of the papers.

   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   d. on behalf of:
   County of Los Angeles

   under:

7. **Person who served papers**
   a. Name:  Joshua May
   b. Address:  One Legal - P-000618-Sonoma
   1400 North McDowell Blvd, Ste 300
   Petaluma, CA 94954
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 166.75
   e. I am:
   (3) registered California process server.
   (i) Employee or independent contractor.
   (ii) Registration No. 2022270694
   (iii) County Los Angeles

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 03/09/2023

Joshua May
(NAME OF PERSON WHO SERVED PAPERS)                                    (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]                    **PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

OL# 19939156

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):*<br>Stephen M. Duvernay, 250957<br>Benbrook Law Group PC<br>701 University Avenue, Suite 106<br>Sacramento, CA 95825<br>ATTORNEY FOR *(Name):* Plaintiff | TELEPHONE NO.:<br>(916)447-4900<br><br>Ref. No. or File No. | FOR COURT USE ONLY |
|---|---|---|

Insert name of court, judicial district or branch court, if any:

Southern District of California - District - San Diego
333 West Broadway
San Diego, CA 92101-8900

PLAINTIFF:
Firearms Policy Coalition, Inc., et al.

DEFENDANT:
City of San Diego, et al.

| **PROOF OF SERVICE BY MAIL** | | | CASE NUMBER:<br>'23cv00400-LL-AGS |
|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 03/10/2023, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Summons; Complaint; Civil Cover Sheet; Notice of Related Case

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma , California, addressed as follows:

County of Los Angeles

500 W Temple St, Room 358

Los Angeles, CA 90012

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 166.75

One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 03/10/2023 at Petaluma, California.

*Sandra Alcala*

Sandra Alcala

OL# 19939156