BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
701 University Ave, Suite 106
Sacramento, CA 95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

COOPER & KIRK, PLLC
DAVID H. THOMPSON*
PETER A. PATTERSON*
JOSEPH O. MASTERMAN*
1523 New Hampshire Avenue, NW
Washington, D.C. 20036
Telephone: (202) 220-9600
dthompson@cooperkirk.com

Counsel for Plaintiffs in *Miller II*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>ROB BONTA, Attorney General of California, et al.,<br><br>        Defendants,<br>and<br><br>GAVIN NEWSOM, Governor of the State of California,<br><br>        Intervenor-Defendant.<br><br>AND RELATED *SOUTH BAY* CASE. | Case No.: 3:22-cv-01446-BEN-MDD<br>Case No.: 3:22-cv-01461-BEN-JLB<br><br>**JOINT STIPULATION FOR ENTRY OF JUDGMENT AND EXTENSION OF TIME FOR SUBMISSION OF FEE APPLICATION** |

1  The parties in the above-captioned cases, through their respective counsel of record, hereby request that the Court enter judgment consistent with the Court's December 19, 2022, Opinion And Order Enjoining Enforcement Of California Code Of Civil Procedure § 1021.11 (ECF No. 43 (*Miller II*), ECF No. 36 (*South Bay Rod & Gun Club*)).

The parties provide two proposed judgments that differ only on whether the Court's ruling reached Plaintiffs' equal protection claims in each case.

Plaintiffs contend that the Court's analysis found that Section 1021.11 violated equal protection. ECF No. 43, *Miller II*, at 6:26–7:18; ECF No. 36, *South Bay Rod & Gun Club*, at 6:27–7:20.

Defendants and Intervenor-Defendant contend that equal protection was not a basis for the Court's Opinion and Order in either case.

Plaintiffs' proposed judgment is attached as <u>Exhibit 1</u>; Defendants and Intervenor-Defendant's proposed judgment is attached as <u>Exhibit 2</u>.

Furthermore, the parties have conferred and are seeking an informal resolution of the attorney's fees due to Plaintiffs in these matters, and agree that good cause exists to extend the deadline to file a motion for attorney's fees to 90 days from the date the Court enters judgment pursuant to this stipulation.

Dated: March 17, 2023     BENBROOK LAW GROUP, PC

By  s/ Bradley A. Benbrook
BRADLEY A. BENBROOK
Attorneys for Plaintiffs in *Miller II*

Dated: March 17, 2023     MICHEL & ASSOCIATES, PC

By  s/ Joshua Robert Dale
JOSHUA ROBERT DALE
Attorneys for Plaintiffs South Bay Rod & Gun Club, Inc., et al.

| | | |
|---|---|---|
| 1 | Dated: March 17, 2023 | LAW OFFICES OF DONALD KILMER, APC |
| 2 | | |
| 3 | | By  s/ Donald Kilmer |
| 4 | | DONALD KILMER<br>Attorneys for Plaintiff Citizens Committee for the Right to Keep and Bear Arms |
| 5 | | |
| 6 | Dated: March 17, 2023 | ROB BONTA<br>Attorney General of California |
| 7 | | |
| 8 | | By  s/ Ryan R. Davis |
| 9 | | RYAN R. DAVIS<br>Deputy Attorney General<br>Attorneys for Defendants |
| 10 | | |
| 11 | Dated: March 17, 2023 | OLSON REMCHO, LLP |
| 12 | | |
| 13 | | By  s/ Thomas A. Willis |
| 14 | | THOMAS A. WILLIS<br>Attorneys for Intervenor-Defendant |

# EXHIBIT 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, et al.,<br><br>          Plaintiffs,<br><br>  v.<br><br>ROB BONTA, Attorney General of California, et al.,<br><br>          Defendants,<br>and<br><br>GAVIN NEWSOM, Governor of the State of California,<br><br>          Intervenor-Defendant. | Case No.: 3:22-cv-01461-BEN-MDD<br>Case No.: 3:22-cv-01461-BEN-JLB<br><br>**[PLAINTIFFS' PROPOSED] JUDGMENT** |
| SOUTH BAY ROD & GUN CLUB, INC., et al.,<br><br>          Plaintiffs,<br><br>  v.<br><br>ROB BONTA, Attorney General of California, et al.,<br><br>         Defendants,<br>and<br><br>GAVIN NEWSOM, Governor of the State of California,<br><br>Intervenor-Defendant. | |

In accordance with the Court's December 19, 2022, Opinion And Order Enjoining Enforcement Of California Code Of Civil Procedure § 1021.11 (ECF No. 43 (*Miller II*), ECF No. 36 (*South Bay Rod & Gun Club*)), and the Parties' stipulation for entry of judgment, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment be entered in each case as follows:

1. Judgment is entered in favor of Plaintiffs and against Defendants on Plaintiffs' claim that California Code of Civil Procedure § 1021.11 ("§ 1021.11") is unconstitutional under the Supremacy Clause of the United States Constitution.

2. Judgment is entered in favor of Plaintiffs and against Defendants on Plaintiffs' claim that § 1021.11 is unconstitutional under the First Amendment to the United States Constitution.

3. Judgment is entered in favor of Plaintiffs and against Defendants on Plaintiffs' claim that § 1021.11 is unconstitutional under the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution.

4. Accordingly, the Court declares § 1021.11 to be unconstitutional and permanently enjoins the Defendants from bringing any action or motion under § 1021.11 to obtain an award of attorney's fees and costs. Defendant Attorney General Rob Bonta and Intervenor-Defendant Governor Gavin Newsom, and their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of this injunction order are enjoined from implementing or enforcing § 1021.11, as enacted by S.B. 1327.

5. The Court shall retain jurisdiction over this action for the purpose of entertaining a motion by Plaintiffs for an award of costs and attorney's fees pursuant to 42 U.S.C. § 1988 and any other applicable law. Based on the Parties' stipulation, if the parties are unable to resolve the issue of fees, Plaintiffs shall file such a motion within 90 days from the date of this judgment.

Dated: _____

                                            Hon. Roger T. Benitez
                                            United States District Judge

# EXHIBIT 2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, et al.,<br><br>    Plaintiffs,<br><br> v.<br><br>ROB BONTA, Attorney General of California, et al.,<br><br>    Defendants,<br>and<br><br>GAVIN NEWSOM, Governor of the State of California,<br><br>    Intervenor-Defendant. | Case No.: 3:22-cv-01461-BEN-MDD<br>Case No.: 3:22-cv-01461-BEN-JLB<br><br>**[DEFENDANTS' AND INTERVENOR-DEFENDANT'S PROPOSED] JUDGMENT** |
| SOUTH BAY ROD & GUN CLUB, INC., et al.,<br><br>    Plaintiffs,<br><br> v.<br><br>ROB BONTA, Attorney General of California, et al.,<br><br>    Defendants,<br>and<br><br>GAVIN NEWSOM, Governor of the State of California,<br><br>Intervenor-Defendant. | |

In accordance with the Court's December 19, 2022, Opinion And Order Enjoining Enforcement Of California Code Of Civil Procedure § 1021.11 (ECF No. 43 (*Miller II*), ECF No. 36 (*South Bay Rod & Gun Club*)), and the Parties' stipulation for entry of judgment, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment be entered in each case as follows:

1. Judgment is entered in favor of Plaintiffs and against Defendants on Plaintiffs' claim that California Code of Civil Procedure § 1021.11 ("§ 1021.11") is unconstitutional under the Supremacy Clause of the United States Constitution.

2. Judgment is entered in favor of Plaintiffs and against Defendants on Plaintiffs' claim that § 1021.11 is unconstitutional under the First Amendment to the United States Constitution.

3. Accordingly, the Court declares § 1021.11 to be unconstitutional and permanently enjoins the Defendants from bringing any action or motion under § 1021.11 to obtain an award of attorney's fees and costs. Defendant Attorney General Rob Bonta and Intervenor-Defendant Governor Gavin Newsom, and their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of this injunction order are enjoined from implementing or enforcing § 1021.11, as enacted by S.B. 1327.

4. The Court shall retain jurisdiction over this action for the purpose of entertaining a motion by Plaintiffs for an award of costs and attorney's fees pursuant to 42 U.S.C. § 1988 and any other applicable law. Based on the Parties' stipulation, if the parties are unable to resolve the issue of fees, Plaintiffs shall file such a motion within 90 days from the date of this judgment.

Dated: _____

_____
Hon. Roger T. Benitez
United States District Judge