FILED

MAR 20 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, et al., | Case No.: 3:22-cv-01446-BEN-MDD |
| Plaintiffs, | Case No.: 3:22-cv-01461-BEN-JLB |
| v. | **JUDGMENT** |
| ROB BONTA, Attorney General of California, et al., | |
| Defendants, | |
| and | |
| GAVIN NEWSOM, Governor of the State of California, | |
| Intervenor-Defendant. | |
| SOUTH BAY ROD & GUN CLUB, INC., et al., | |
| Plaintiffs, | |
| v. | |
| ROB BONTA, Attorney General of California, et al., | |
| Defendants, | |
| and | |
| GAVIN NEWSOM, Governor of the State of California, | |
| Intervenor-Defendant. | |

In accordance with the Court's December 19, 2022, Opinion And Order Enjoining Enforcement Of California Code Of Civil Procedure § 1021.11 (ECF No.

43 (*Miller II*), ECF No. 36 (*South Bay Rod & Gun Club*)), and the Parties' stipulation for entry of judgment, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment be entered in each case as follows:

1. Judgment is entered in favor of Plaintiffs and against Defendants on Plaintiffs' claim that California Code of Civil Procedure § 1021.11 ("§ 1021.11") is unconstitutional under the Supremacy Clause of the United States Constitution.

2. Judgment is entered in favor of Plaintiffs and against Defendants on Plaintiffs' claim that § 1021.11 is unconstitutional under the First Amendment to the United States Constitution.

3. Judgment is entered in favor of Plaintiffs and against Defendants on Plaintiffs' claim that § 1021.11 is unconstitutional under the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution.

4. Accordingly, the Court declares § 1021.11 to be unconstitutional and permanently enjoins the Defendants from bringing any action or motion under § 1021.11 to obtain an award of attorney's fees and costs. Defendant Attorney General Rob Bonta and Intervenor-Defendant Governor Gavin Newsom, and their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of this injunction order are enjoined from implementing or enforcing § 1021.11, as enacted by S.B. 1327.

5. The Court shall retain jurisdiction over this action for the purpose of entertaining a motion by Plaintiffs for an award of costs and attorney's fees pursuant to 42 U.S.C. § 1988 and any other applicable law. Based on the Parties' stipulation, if the parties are unable to resolve the issue of fees, Plaintiffs shall file such a motion within 90 days from the date of this judgment.

Dated: 3/20/2023

Hon. Roger T. Benitez
United States District Judge