# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
# CIVIL DIVISION

| | |
|---|---|
| **JAMES MILLER, et al.,** | Case No. 3:22-cv-01446-BEN-JLB |
| Plaintiffs, | **ORDER** |
| v. | Action Filed:  September 26, 2022 |
| **ROB BONTA, et al.,** | Judgment Entered: March 20, 2023 |
| Defendants. | |

Plaintiffs, Defendants, and Intervenor-Defendant have now reached an agreement regarding costs and fees, and jointly request that the Court enter the accompanying proposed order effectuating the agreement. Defendants and Intervenor-Defendant have approved a settlement of fees and costs for both *Miller v. Bonta* (Case No. 3:22-cv-1446) and *South Bay Rod & Gun Club, Inc. v. Bonta* (Case No. 3:22-cv-1461). Defendants, Intervenor-Defendant, and Plaintiffs agree that a total of $556,957.66, divided among Plaintiffs' counsel as described below, is a reasonable recovery for Plaintiffs' attorney's fees in these matters. The parties agree and stipulate as follows:

1. Defendants shall pay Plaintiffs' counsel the sum of $556,957.66, divided as follows:

    a. the sum of $196,168.28 to Benbrook Law Group, PC;

    b. the sum of $97,789.38 to Cooper & Kirk, PLLC;

    c. the sum of $204,000.00 to Michel & Associates, PC; and

    d. the sum of $59,000.00 to the Law Offices of Donald Kilmer, PC.

2. This payment will completely satisfy Defendants' and Intervenor-Defendant's obligation to pay costs and fees in *Miller v. Bonta* (Case No. 3:22-cv-1446) and *South Bay Rod & Gun Club, Inc. v. Bonta* (Case No. 3:22-cv-1461); Plaintiffs will not be entitled to interest if payment is made by September 30, 2023.

3. This payment is contingent upon certification of availability of funds, the approval of the Director of the Department of Finance, and is subject to appropriation by the Legislature.

4. Defendants will keep Plaintiffs apprised of the progress of the bill, and to act in good faith to facilitate its enactment as soon as practicable.

5. If Defendants fail to pay the agreed upon amount by September 30, 2023, Plaintiffs retain the right to seek fees, costs, and interest by noticed motion seeking more than the agreed-upon amount, and the Court retains jurisdiction to decide such a motion. In such event, Defendants will not oppose the request for the amounts set out above, and Plaintiffs will not need to submit an affidavit or other evidence to the Court in support of an award for the costs and fees described in paragraph 1, as would otherwise be required.

IT IS SO ORDERED.

DATE June 5, 2023

Hon. Roger T. Benitez
U.S. District Judge